

Dmitry Shkipin

Geodoma

325 Sharon Park Dr. #416

Menlo Park, California 94025

(650) 281-6962



October 1, 2025

c/o U.S. District Court Clerk's Office

700 Stewart Street, Suite 2310

Seattle, WA 98101

(206) 370-8400

Attn: The Honorable James L. Robart

United States Courthouse

700 Stewart Street, Suite 14128

Seattle, WA 98101-9906

**Re: GEODOMA'S *AMICUS CURIAE* IN SUPPORT OF CONSUMERS Alucard Taylor, et al. v. Zillow Group, Inc., et al. (Case No.: 2:25-cv-01818)**



Your Honor, in pro per, I respectfully move through this letter for leave to submit an *amicus curiae* brief in support of Consumers' original Compliant, with respect to the federal law claims in this case.

I genuinely wish an attorney was filing this for me properly through ECF, but I could not find one able to help. Nonetheless, I feel that my *amicus curiae* brief provides unique information that can help this Court, especially because it references how other "referral fee networks" cases have been recently decided by other District Courts in the Ninth Circuit.

I consider myself a direct competitor with Zillow (be that as it may, a single person company.) Both, Zillow and Geodoma, operate in a very limited two-sided online real estate listings platforms product market, populated by a few dozen entities, where we serve 1.5 million real estate agents and 130 million homeowners, as our present or potential customers.

Neither Plaintiffs, nor Defendants consent to this motion. Accordingly, I respectfully request that this Court grant leave to file an *amicus curiae* brief in this matter, which is attached.

Thank you for your time,

/s/ Dmitry Shkipin
Development and Operations at Geodoma
T:650-281-6962 | support@homeopenly.com

