UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations,<br><br>Defendants. | No. 2:25-cv-01818-JLR<br><br>STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>NOTE ON CALENDAR:<br>OCTOBER 14, 2025 |

Plaintiff Alucard Taylor filed this action on September 19, 2025. ECF No. 1. Defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., and Zillow Listings Services, Inc. (collectively, "Defendants") waived service on September 24, 2025. ECF Nos. 3–6. Defendants' current deadline to file a responsive pleading is November 24, 2025. Good cause exists to extend the responsive-pleading deadline as Defendants' counsel was recently retained and to allow Defendants sufficient time to evaluate Plaintiff's claims and allegations and fully respond to Plaintiff's Complaint. Moreover, Defendants' counsel will be in a trial from November 10–21 in another matter pending in this District. The parties therefore agree that a modest extension of Defendants' responsive-pleading deadline is warranted.

1  Accordingly, the parties respectfully request that the Court enter the attached proposed
2  order setting December 12, 2025, as Defendants' deadline to respond to the Complaint.
3  A copy of the proposed order will also be sent via email to chambers.

Respectfully submitted,

October 14, 2025:

By: s/ David A. Perez
David A. Perez, Bar No. 43959
Mallory A. Gitt, Bar No. 50025
Shae McPhee, Bar No. 62438
Breanna C. Philips, Bar No. 58757
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
DPerez@perkinscoie.com
MGitt@perkinscoie.com
SMcPhee@perkinscoie.com
BPhilips@perkinscoie.com


By: s/ Steve W. Berman
Steve W. Berman, WSBA No. 12536
Jerrod C. Patterson, WSBA No. 43325
**Hagens Berman Sobol Shapiro LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: +1.206.623.7292
Facsimile: +1.206.623.0594
steve@hbsslaw.com
jerrodp@hbsslaw.com


Douglas J. McNamara
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Telephone: +1.202.408.4600
dmcnamara@cohenmilstein.com

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
(No. 2:25-cv-01818-JLR) – 2

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Theodore J. Leopold
**Cohen Milstein Sellers & Toll PLLC**
117800 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: +1.561.515.1400
Facsimile: +1.561.515.1401
tleopold@cohenmilstein.com

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
(No. 2:25-cv-01818-JLR) – 3

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000