UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations,<br><br>Defendants. | No. 2:25-cv-01818-JLR<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Under Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., and Zillow Listings Services, Inc., state as follows:

Zillow Group, Inc. is a publicly traded Washington corporation. It does not have a parent corporation and there is no publicly held corporation that owns 10% or more of Zillow Group, Inc.'s stock.

Zillow, Inc. is a Washington corporation and its ultimate parent company is Zillow Group, Inc., a publicly traded Washington corporation.

Zillow Homes, Inc. is a Delaware corporation and its ultimate parent company is Zillow Group, Inc., a publicly traded Washington corporation.

RULE 7.1 CORPORATE DISCLOSURE
STATEMENT
(NO. 2:25-CV-01818-JLR) – 1

Zillow Listing Services, Inc. is a Washington corporation and its ultimate parent company is Zillow Group, Inc., a publicly traded Washington corporation.

Respectfully submitted,

October 15, 2025:

By: s/ David A. Perez
David A. Perez, Bar No. 43959
Mallory A. Gitt, Bar No. 50025
Shae McPhee, Bar No. 62438
Breanna C. Philips, Bar No. 58757
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
DPerez@perkinscoie.com
MGitt@perkinscoie.com
SMcPhee@perkinscoie.com
BPhilips@perkinscoie.com

Attorneys for Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., and Zillow Listings Services, Inc.

RULE 7.1 CORPORATE DISCLOSURE STATEMENT
(No. 2:25-cv-01818-JLR) – 2

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000