IN THE FERRY COUNTY DISTRICT COURT, IN AND FOR THE STATE OF WASHINGTON

| | |
|---|---|
| **ALUCARD TAYLOR; ET AL**<br>Plaintiff/Petitioner<br>vs.<br>**ZILLOW, INC.; ET AL**<br>Defendant/Respondent | Cause No.:  **2:25-cv-01818-JLR**<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIIVL ACTION; AMENDED CLASS ACTION COMPLAINT - JURY TRIAL DEMANDED; LETTER** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of Washington over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **3rd day of December, 2025** at **11:29 AM** at the address of **6605 Grand Montecito Pkwy Ste 150, Las Vegas, Clark County, NV 89149**; this declarant served the above described documents upon **GK Properties** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Calais Harris**, **I delivered the documents to Calais Harris who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 18-25 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**. No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$95.00**

Declarant hereby states under penalty of perjury under the laws of the State of Nevada that the statement above is true and correct.

Signed on **12/03/2025** at **Las Vegas, Nevada**.

_____
**John White, Reg. # R-2019-00318, NV PILB**

ORIGINAL PROOF OF SERVICE

PAGE 1 OF 1

For: **Hagens Berman Sobol Shapiro LLP <carrie@hbsslaw...**
Ref #: **11313.011**

Tracking #: **0197635202**