The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, WORKS INDUSTRIES, LLC, an Oregon Corporation, GK PROPERTIES, a Nevada Corporation, and FRANO TEAM, a Florida Organization,<br><br>Defendants. | Case No. 2:25-cv-01818-JLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED ACTIONS UNDER LOCAL RULE 42 AND MODIFY INITIAL SCHEDULING DATES UNDER LOCAL RULE 7(j)** |
| ARABA ARMSTRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., ZILLOW, INC., and ZILLOW HOME LOANS, LLC,<br><br>Defendants. | Case No. 2:25-cv-02226-BAT |





1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

011313-11/3363590 V1

Now before the Court is the Plaintiffs' Joint Motion to Consolidate Related Actions Under Local Rule 42 and Modify Initial Scheduling Dates Under Local Rule 7(j). Pursuant to Local Rule 42(a), Plaintiffs move to consolidate their proposed class action against Zillow with *Armstrong v. Zillow*, case number 2:25-cv-02226, a later-filed, proposed class action that is related and currently pending in this District.

The Court has carefully reviewed the motion and concludes that the Related Case be consolidated with the *Taylor* action. In reaching this conclusion, the Court finds that consolidation of the Related Case under the *Taylor* action and the Amended Class Action Complaint will aid in achieving efficiency and economy in what is likely to be expensive and complicated litigation, and will enhance fairness to all parties concerned, as well as to the proposed classes. The Related Case is significantly similar actions properly consolidated with the existing *Taylor* action.

It is further ORDERED that the agreed-upon schedule shall be entered:

| Event | Due Date |
| --- | --- |
| Plaintiffs to file Consolidated Class Action Complaint ("CCAC"). | Two weeks after Court's ruling on Plaintiffs' pending motion for appointment as interim lead class counsel. |
| Rule 26(f) Conference | Three weeks after Plaintiffs file CCAC |
| Defendants to file responsive pleading to CCAC. | Five weeks after Plaintiffs file CCAC. |
| Plaintiffs to file opposition to responsive pleading. | Four weeks after Defendants file responsive pleading. |
| Defendants to file reply in support of responsive pleading. | Two weeks after Plaintiffs file opposition to responsive pleading. |

IT IS SO ORDERED.


DATED this _____ day of _____, 2025.


_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE


011313-11/3363590 V1

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO CONSOLIDATE RELATED ACTIONS
UNDER LOCAL RULE 42 - 2
CASE NO. 2:25-cv-01818-JLR


1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

1  Presented by:

2  **HAGENS BERMAN SOBOL SHAPIRO LLP**

3  By: _/s/ Steve W. Berman_
4      Steve W. Berman (WSBA No. 12536)
  By: _/s/ Jerrod C. Patterson_
5      Jerrod C. Patterson (WSBA No. 43325)
  1301 Second Avenue, Suite 2000
6  Seattle, WA 98101
  Telephone: (206) 623-7292
7  Facsimile:  (206) 623-0594
  Email: steve@hbsslaw.com
8          jerrodp@hbsslaw.com

9  
  Douglas J. McNamara*
10  **COHEN MILSTEIN SELLERS & TOLL PLLC**
  1100 New York Avenue NW, 8th Floor
11  Washington, DC 20005
  Telephone:  (202) 408-4600
12  Email: dmcnamara@cohenmilstein.com

13  
  Theodore J. Leopold*
14  **COHEN MILSTEIN SELLERS & TOLL PLLC**
  11780 U.S. Highway One, Suite N500
15  Palm Beach Gardens, FL 33408
  Telephone: (561) 515-1400
16  Facsimile:  (561) 515-1401
17  Email: tleopold@cohenmilstein.com

18  *Attorneys for Plaintiffs and the Proposed Class*

19  *\*Pro hac vice application forthcoming*

20  **DICELLO LEVITT LLP**

21  
  By: _/s/ Adam J. Levitt_
22      Adam J. Levitt, *admitted pro hac vice*
23  Amy E. Keller, *admitted pro hac vice*
  Ten North Dearborn Street, Sixth Floor
24  Chicago, Illinois 60602
  Telephone: (312) 214-7900
25  Facsimile:  (312) 253-1443
  Email: alevitt@dicellolevitt.com
26         akeller@dicellolevitt.com

27

28




[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO CONSOLIDATE RELATED ACTIONS
UNDER LOCAL RULE 42 - 3
CASE NO. 2:25-CV-01818-JLR

011313-11/3363590 V1

1 | Corban Rhodes, *admitted pro hac vice*
2 | Emma Bruder, *admitted pro hac vice*
**DICELLO LEVITT LLP**
3 | 485 Lexington Avenue, Tenth Floor
New York, New York 10017
4 | Telephone: (646) 933-1000
Facsimile: (646) 494-9648
5 | Email: crhodes@dicellolevitt.com
    ebruder@dicellolevitt.com
6 |
7 | Jason T. Dennett, WSBA #30686
Rebecca L. Solomon, WSBA #51520
8 | **TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
9 | Seattle, Washington 98101
Telephone: (206) 682-5600
10 | Facsimile: (206) 682-2992
Email: jdennett@tousley.com
11 |     rsolomon@tousley.com
12 |
*Attorneys for Plaintiff Armstrong and the Proposed Class*

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO CONSOLIDATE RELATED ACTIONS
UNDER LOCAL RULE 42 - 4
CASE NO. 2:25-CV-01818-JLR

011313-11/3363590 V1



**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2025, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record via email.

                              */s/ Steve W. Berman*
                              Steve W. Berman

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTIONS UNDER LOCAL RULE 42 - 5
CASE NO. 2:25-CV-01818-JLR

DICELLO LEVITT
10 N Dearborn Street
Sixth Floor
Chicago, Illinois 60602
P: 312.214.7900

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

011313-11/3363590 V1