The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, WORKS INDUSTRIES, LLC, an Oregon Corporation, GK PROPERTIES, a Nevada Corporation, and FRANO TEAM, a Florida Organization,<br><br>Defendants. | Case No. 2:25-cv-01818-JLR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED ACTIONS UNDER LOCAL RULE 42 AND MODIFY INITIAL SCHEDULING DATES UNDER LOCAL RULE 7(j) |
| ARABA ARMSTRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., ZILLOW, INC., and ZILLOW HOME LOANS, LLC,<br><br>Defendants. | Case No. 2:25-cv-02226-BAT |



DICELLO LEVITT
10 N Dearborn Street
Sixth Floor
Chicago, Illinois 60602
P: 312.214.7900

011313-11/3363590 V1

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO CONSOLIDATE RELATED ACTIONS
UNDER LOCAL RULE 42 - 1
CASE NO. 2:25-CV-01818-JLR



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Now before the Court is the Plaintiffs' Joint Motion to Consolidate Related Actions Under Local Rule 42 and Modify Initial Scheduling Dates Under Local Rule 7(j). Pursuant to Local Rule 42(a), Plaintiffs move to consolidate their proposed class action against Zillow with *Armstrong v. Zillow*, case number 2:25-cv-02226, a later-filed, proposed class action that is related and currently pending in this District.

The Court has carefully reviewed the motion and concludes that the Related Case be consolidated with the *Taylor* action. In reaching this conclusion, the Court finds that consolidation of the Related Case under the *Taylor* action and the Amended Class Action Complaint will aid in achieving efficiency and economy in what is likely to be expensive and complicated litigation, and will enhance fairness to all parties concerned, as well as to the proposed classes. The Related Case is significantly similar actions properly consolidated with the existing *Taylor* action.

Plaintiff's Joint Motion to Consolidate Related Actions (Dkt. # 22) is GRANTED.  The following cases should be consolidated: C25-01818-JLR and C25-02226-BAT. The Clerk is DIRECTED to close case number C25-02226-BAT and VACATE any case management deadlines set in that case.

//
//
//
//
//
//
//
//
//
//
//
//
//



DICELLO LEVITT
10 N Dearborn Street
Sixth Floor
Chicago, Illinois 60602
P: 312.214.7900

011313-11/3363590 V1



[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO CONSOLIDATE RELATED ACTIONS
UNDER LOCAL RULE 42 - 2
CASE NO. 2:25-CV-01818-JLR



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

It is further ORDERED that the agreed-upon schedule shall be entered:

| Event | Due Date |
|---|---|
| Plaintiffs to file Consolidated Class Action Complaint ("CCAC"). | Two weeks after Court's ruling on Plaintiffs' pending motion for appointment as interim lead class counsel. |
| Rule 26(f) Conference | Three weeks after Plaintiffs file CCAC. |
| Defendants to file responsive pleading to CCAC. | Five weeks after Plaintiffs file CCAC. |
| Plaintiffs to file opposition to responsive pleading. | Four weeks after Defendants file responsive pleading. |
| Defendants to file reply in support of responsive pleading. | Two weeks after Plaintiffs file opposition to responsive pleading. |

IT IS SO ORDERED.


DATED this __10th__ day of ____December____, 2025.


_____

HON. JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: _/s/ Steve W. Berman_
    Steve W. Berman (WSBA No. 12536)
By: _/s/ Jerrod C. Patterson_
    Jerrod C. Patterson (WSBA No. 43325)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
        jerrodp@hbsslaw.com

Douglas J. McNamara*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Telephone:  (202) 408-4600
Email: dmcnamara@cohenmilstein.com



DICELLO LEVITT
10 N Dearborn Street
Sixth Floor
Chicago, Illinois 60602
P: 312.214.7900

011313-11/3363590 V1



[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO CONSOLIDATE RELATED ACTIONS
UNDER LOCAL RULE 42 - 3
CASE NO. 2:25-cv-01818-JLR



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Theodore J. Leopold*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
Facsimile:  (561) 515-1401
Email: tleopold@cohenmilstein.com

*Attorneys for Plaintiffs and the Proposed Class*

*\*Pro hac vice application forthcoming*

**DiCELLO LEVITT LLP**

By:  */s/ Adam J. Levitt*
        Adam J. Levitt, *admitted pro hac vice*
Amy E. Keller, *admitted pro hac vice*
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Facsimile:  (312) 253-1443
Email: alevitt@dicellolevitt.com
        akeller@dicellolevitt.com

Corban Rhodes, *admitted pro hac vice*
Emma Bruder, *admitted pro hac vice*
**DICELLO LEVITT LLP**
485 Lexington Avenue, Tenth Floor
New York, New York 10017
Telephone: (646) 933-1000
Facsimile:  (646) 494-9648
Email: crhodes@dicellolevitt.com
        ebruder@dicellolevitt.com

Jason T. Dennett, WSBA #30686
Rebecca L. Solomon, WSBA #51520
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: jdennett@tousley.com
        rsolomon@tousley.com

*Attorneys for Plaintiff Armstrong and the Proposed Class*



DICELLO LEVITT
10 N Dearborn Street
Sixth Floor
Chicago, Illinois 60602
P: 312.214.7900

011313-11/3363590 V1

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO CONSOLIDATE RELATED ACTIONS
UNDER LOCAL RULE 42 - 4
CASE NO. 2:25-CV-01818-JLR



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 3, 2025, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record via email.

*/s/ Steve W. Berman*
Steve W. Berman

DICELLO LEVITT
10 N Dearborn Street
Sixth Floor
Chicago, Illinois 60602
P: 312.214.7900

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO CONSOLIDATE RELATED ACTIONS
UNDER LOCAL RULE 42 - 5
CASE NO. 2:25-CV-01818-JLR



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

011313-11/3363590 V1