The Honorable James L. Robart

1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

9

| | |
|---|---|
| ALUCARD TAYLOR, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, WORKS INDUSTRIES, LLC, an Oregon Corporation, GK PROPERTIES, a Nevada Corporation, and FRANO TEAM, a Florida Organization,<br><br>Defendants. | Case No. 2:25-cv-01818-JLR<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL UNDER FED. R. CIV. P. 23(g) |
| ARABA ARMSTRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., ZILLOW, INC., and ZILLOW HOME LOANS, LLC,<br><br>Defendants. | Case No. 2:25-cv-02226-BAT |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1    Now before the Court is the Plaintiffs' Joint Motion for Appointment of Interim Co-Lead

2    Class Counsel Under Fed. R. Civ. P. 23(g) (the "Motion"). Having reviewed the Motion, the

3    accompanying declarations and exhibits, the qualifications of the proposed Interim Co-Lead

4    Counsel, and the entire record of the proceedings to date, IT IS HEREBY ORDERED THAT:

5    1.    The Motion is GRANTED.

6    2.    Hagens Berman Sobol Shapiro LLP and DiCello Levitt LLP are hereby appointed as

7    Interim Co-Lead Counsel.

8    IT IS SO ORDERED.

9
DATED this  11th  day of    December          , 2025.

10

11

12    _____
        HON. JAMES L. ROBART

13    UNITED STATES DISTRICT COURT JUDGE

14

15    Presented by:

16    **HAGENS BERMAN SOBOL SHAPIRO LLP**

17    By:  /s/ Steve W. Berman
        Steve W. Berman (WSBA No. 12536)

18    By:  /s/ Jerrod C. Patterson

19    Jerrod C. Patterson (WSBA No. 43325)
        1301 Second Avenue, Suite 2000

20    Seattle, WA 98101
        Telephone: (206) 623-7292

21    Facsimile:  (206) 623-0594
        Email: steve@hbsslaw.com

22          jerrodp@hbsslaw.com

23
        Douglas J. McNamara (admitted *pro hac vice*)

24    **COHEN MILSTEIN SELLERS & TOLL PLLC**
        1100 New York Avenue NW, 8th Floor

25    Washington, DC 20005
        Telephone:  (202) 408-4600

26    Email: dmcnamara@cohenmilstein.com

27

28

[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPOINTMENT
OF INTERIM CO-LEAD COUNSEL - 2
Case No. 2:25-cv-01818-JLR / Case No. 2:25-cv-02226-BAT

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
Facsimile:  (561) 515-1401
Email: tleopold@cohenmilstein.com

*Attorneys for the Taylor Plaintiffs and the Proposed Class*


**DICELLO LEVITT LLP**

By: */s/ Adam J. Levitt*
Adam J. Levitt (admitted *pro hac vice*)
Amy E. Keller (admitted *pro hac vice*)
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Facsimile:  (312) 253-1443
Email: alevitt@dicellolevitt.com
        akeller@dicellolevitt.com

Corban Rhodes (admitted *pro hac vice*)
Emma Bruder (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Tenth Floor
New York, New York 10017
Telephone: (646) 933-1000
Facsimile:  (646) 494-9648
Email: crhodes@dicellolevitt.com
        ebruder@dicellolevitt.com

Jason T. Dennett, WSBA #30686
Rebecca L. Solomon, WSBA #51520
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile:  (206) 682-2992
Email: jdennett@tousley.com
        rsolomon@tousley.com

*Attorneys for Plaintiff Armstrong*
*and the Proposed Class*

