THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, WORKS INDUSTRIES, LLC, an Oregon Corporation, GK PROPERTIES, a Nevada Corporation, and FRANO TEAM, a Florida Organization, <br><br> Defendants. | Consolidated Case No. 2:25-cv-01818-JLR <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND INITIAL DISCLOSURE AND DISCOVERY PLAN DEADLINES** <br><br><br> NOTE ON MOTION CALENDAR: <br> DECEMBER 18, 2025 |
| ARABA ARMSTRONG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., ZILLOW, INC., and ZILLOW HOME LOANS, LLC, <br><br> Defendants | |

**STIPULATED MOTION AND [PROPOSED] ORDER RE DISCOVERY DEADLINES**
**CASE NO. 2:25-CV-01818-JLR**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1  Pursuant to Local Civil Rule 10(g), Plaintiffs Alucard Taylor, Han Zheng, David Liao,
2  Karen King, Lisa Knudson, Eydalia Thurston, Kyle Silva, Dale Koger, John Cady, Rebecca
3  Brucaliere, and Araba Armstrong (collectively, "Plaintiffs") and Defendants Zillow Group, Inc.,
4  Zillow Homes, Inc., Zillow Listing Services, Inc, Zillow, Inc., Zillow Home Loans, LLC, Works
5  Industries, LLC, GK Properties, and Frano Team (collectively, "Defendants") hereby stipulate as
6  follows:

7  WHEREAS, on September 19, 2025, Plaintiff Alucard Taylor filed an action in this Court
8  captioned *Alucard Taylor v. Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., and Zillow*
9  *Listing Services, Inc.* (the "*Taylor* Action"), 25-cv-01818-JLR (Dkt. 1);

10 WHEREAS, on November 7, 2025, Plaintiff Araba Armstrong filed another action in this
11 Court captioned *Araba Armstrong v. Zillow Group, Inc., Zillow, Inc., and Zillow Home Loans,*
12 *LLC* (the "*Armstrong* Action"), 25-cv-02226-BAT (Dkt. 1);

13 WHEREAS, on November 19, 2025, Plaintiff Alucard Taylor filed in the *Taylor* Action
14 an Amended Complaint adding, *inter alia*, Plaintiffs Han Zheng, David Liao, Karen King,
15 Lisa Knudson, Eydalia Thurston, Kyle Silva, Dale Koger, John Cady, and Rebecca Brucaliere, as
16 well as Defendants Zillow Home Loans, LLC, Works Industries, LLC, GK Properties, and Frano
17 Team, 25-cv-01818-JLR (Dkt. 15);

18 WHEREAS, on November 21, 2025, this Court entered an Order setting forth the
19 following dates for initial disclosures and submission of the Joint Status Report and Discovery
20 Plan in the *Taylor* Action:

| Event | Due Date |
|---|---|
| Deadline for FRCP 26(f) Conference. | 12/5/2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(1). | 12/19/2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f). | 12/26/2025 |

25 (Dkt. 18);

26

STIPULATED MOTION AND
[PROPOSED] ORDER RE
DISCOVERY DEADLINES
CASE NO. 2:25-CV-01818-JLR

1

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

WHEREAS, on December 10, 2025, the Court consolidated the *Armstrong* Action with the *Taylor* Action and entered the following schedule:

| Event | Due Date |
|---|---|
| Plaintiffs to file Consolidated Class Action Complaint ("CCAC"). | Two weeks after Court's ruling on Plaintiffs' pending motion for appointment as interim lead class counsel (December 26, 2025). |
| Rule 26(f) Conference | Three weeks after Plaintiffs file CCAC. |
| Defendants to file responsive pleading to CCAC. | Five weeks after Plaintiffs file CCAC. |
| Plaintiffs to file opposition to responsive pleading. | Four weeks after Defendants file responsive pleading. |
| Defendants to file reply in support of responsive pleading. | Two weeks after Plaintiffs file opposition to responsive pleading. |

(Dkt. 27);

WHEREAS, the Court's scheduling order did not address or alter the deadlines to serve initial disclosures or to file a Rule 26(f) joint status report previously set in Dkt. 18;

WHEREAS, on December 11, 2025, the Court granted Plaintiffs' Joint Motion for Appointment of Interim Co-Lead Class Counsel and appointed Hagens Berman Sobol Shapiro LLP and DiCello Levitt LLP as Interim Co-Lead Counsel (Dkt. 28);

WHEREAS, counsel for the parties agree that, in light of the new Rule 26(f) conference deadline, initial disclosures should be due 14 days after the conference, and that the joint status report should be due 7 days after the conference.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the dates for initial disclosures and submission of the Joint Status Report and Discovery Plan are extended as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Plaintiffs to file Consolidated Class Action Complaint ("CCAC"). | Two weeks after Court's ruling on Plaintiffs' [then-] pending motion for appointment as interim lead class counsel (December 26, 2025). | No change |

STIPULATED MOTION AND [PROPOSED] ORDER RE DISCOVERY DEADLINES
CASE NO. 2:25-CV-01818-JLR

2

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| Event | Old Deadline | New Deadline |
|---|---|---|
| Rule 26(f) Conference | Three weeks after Plaintiffs file CCAC. | No change |
| Combined Rule 26(f) Joint Status Report and Discovery Plan | 12/26/2025 | One week after Rule 26(f) conference |
| Initial Disclosures | 12/19/2025 | Two weeks after Rule 26(f) conference |
| Defendants to file responsive pleading to CCAC. | Five weeks after Plaintiffs file CCAC. | No change |
| Plaintiffs to file opposition to responsive pleading. | Four weeks after Defendants file responsive pleading. | No change |
| Defendants to file reply in support of responsive pleading. | Two weeks after Plaintiffs file opposition to responsive pleading. | No change |

Dated: December 18, 2025

/s/ Benjamin Brink Sweeney
Benjamin Brink Sweeney (WSBA No. 63957)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Fax: (206) 452-8800
Email: bsweeney@cooley.com

Benedict Y. Hur *(pro hac vice)*
Aarti Reddy *(pro hac vice)*
Thilini Chandrasekera *(pro hac vice)*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Fax: (415) 693-2222
Email: bhur@cooley.com
        areddy@cooley.com
        tchandrasekera@cooley.com

Michelle Rogers *(pro hac vice)*
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Fax: (202) 842-7899
Email: mrogers@cooley.com

STIPULATED MOTION AND [PROPOSED] ORDER RE DISCOVERY DEADLINES
CASE NO. 2:25-CV-01818-JLR

3

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Sara Victoria M. Pitt (*pro hac vice*)
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Telephone: (213) 561-3250
Fax: (213) 561-3244
Email: sporter@cooley.com

Attorneys for Defendants
ZILLOW INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., ZILLOW LISTING SERVICES, INC., and ZILLOW HOME LOANS, LLC

Dated: December 18, 2025

*/s/ Diana Siri Breaux*
Diana Siri Breaux (WSBA No. 46112)
SUMMIT LAW GROUP
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Telephone: (206) 676-7000
Facsimile: (206) 676-7001
Email: dianab@summitlaw.com

Attorneys for Defendants
WORKS INDUSTRIES, LLC, GK PROPERTIES, and FRANO TEAM

Dated: December 18, 2025

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com


*/s/ Adam J. Levitt*
Adam J. Levitt (*pro hac vice*)
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Facsimile: (312) 253-1443
Email: alevitt@dicellolevitt.com

Attorneys for Plaintiffs

STIPULATED MOTION AND [PROPOSED] ORDER RE DISCOVERY DEADLINES
CASE NO. 2:25-CV-01818-JLR

4

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

**IT IS SO ORDERED.**

Dated: December 19, 2025

_____
Hon. James L. Robart
United States District Court Judge

STIPULATED MOTION AND
[PROPOSED] ORDER RE
DISCOVERY DEADLINES
CASE NO. 2:25-CV-01818-JLR

5

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700