The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, ARABA ARMSTRONG, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, WORKS INDUSTRIES, LLC, an Oregon Corporation, GK PROPERTIES, a Nevada Corporation, REAL BROKER, LLC, a Florida Corporation, and FRANO TEAM, a Florida Organization,<br><br>Defendants. | CASE NO. 2:25-cv-01818-JLR<br><br>NOTICE OF APPEARANCE |

TO:     Clerk of the Court; and,

TO:     All Attorneys of Record

NOTICE OF APPEARANCE - 1
CASE NO. 2:25-cv-01818-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1   YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Diana Siri Breaux,
2   WSBA No. 46112, of Summit Law Group, PLLC hereby appears as attorney of record for
3   Defendant Real Broker, LLC, and requests that all future papers or pleadings, except original
4   process, be served upon her at the address stated below.

Summit Law Group PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA  98104-2682

DATED this 21st day of January, 2026.

Respectfully submitted,

SUMMIT LAW GROUP, PLLC
Attorneys for Defendants Works Industries, LLC, GK Properties, Real Broker, LLC and Frano Team

By *s/ Diana Siri Breaux*
Diana Siri Breaux, WSBA #46112
dianab@summitlaw.com

NOTICE OF APPEARANCE - 2
CASE NO. **2**:25-cv-01818-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001