The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, ARABA ARMSTRONG, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, WORKS INDUSTRIES, LLC, an Oregon Corporation, GK PROPERTIES, a Nevada Corporation, REAL BROKER, LLC, a Florida Corporation, and FRANO TEAM, a Florida Organization,<br><br>Defendants. | CASE NO. 2:25-cv-01818-JLR<br><br>NOTICE OF APPEARANCE |

TO:     Clerk of the Court; and,

TO:     All Attorneys of Record

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Eva S. Oliver, WSBA No. 57019, of Summit Law Group, PLLC hereby appears as attorney of record for Defendants

NOTICE OF APPEARANCE - 1
CASE NO. 2:25-cv-01818-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Works Industries, LLC, GK Properties, Real Broker, LLC and Frano Team, and requests that all

2  future papers or pleadings, except original process, be served upon her at the address stated below.

3
                    Summit Law Group PLLC
                    315 Fifth Avenue S., Suite 1000
4
                    Seattle, WA  98104-2682
5

6      DATED this 21st day of January, 2026.

7                                    Respectfully submitted,

8                                    SUMMIT LAW GROUP, PLLC
                                  Attorneys for Defendants Works Industries, LLC,
9                                    GK Properties, Real Broker, LLC and Frano
                                  Team
10

11
                                  By *s/ Eva S. Oliver*
12                                        Eva S. Oliver, WSBA #57019
                                      evao@summitlaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2
CASE NO. 2:25-cv-01818-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001