UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Alucard Taylor et al.,<br><br>                Plaintiffs,<br>    v.<br><br>Zillow Inc. et al.,<br><br>                Defendants. | CASE NO. C25-1818JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Defendants' motion for relief from response deadline and Federal Rule of Civil Procedure 26(F) deadline. (Mot. (Dkt. # 53).) Defendants request expedited briefing on the motion. (*Id*. at 6-7.) Because this is a 14-day motion, briefing would normally be complete on February 4, 2026, which is two days after the response deadline Defendants are seeking to extend. *See* Local Rules W.D. Wash. LCR 7(d)(2). Finding good cause for expedited briefing, the court ORDERS as follows:

MINUTE ORDER - 1

1  (1) Plaintiffs' response deadline is **January 26, 2026, 5:00 p.m. (PT).**

2  (2) Defendants' reply deadline is **January 28, 2026, 5:00 p.m. (PT).**

3

4  Filed and entered this  22nd day of January, 2026.

5
          JOSHUA C. LEWIS
6           Clerk of Court

7            s/ Ashleigh Drecktrah
           Deputy Clerk

MINUTE ORDER - 2