THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, ARABA ARMSTRONG, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, WORKS INDUSTRIES, LLC, an Oregon Corporation, GK PROPERTIES, a Nevada Corporation, REAL BROKER, LLC, a Florida Corporation, and FRANO TEAM, a Florida Organization,<br><br>                Defendants. | Consolidated Case No. 2:25-cv-01818-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DISCOVERY PLAN, INITIAL DISCLOSURE, AND RESPONSIVE PLEADING DEADLINES WITH RESPECT TO WORKS INDUSTRIES LLC, GK PROPERTIES, REAL BROKER, LLC, AND FRANO TEAM<br><br>NOTE ON MOTION CALENDAR:<br>JANUARY 21, 2026 |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DISCOVERY PLAN, INITIAL DISCLOSURE, AND RESPONSIVE PLEADING DEADLINES FOR CERTAIN DEFENDANTS
CASE NO. 2:25-CV-01818-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# STIPULATION

Pursuant to Local Civil Rule 10(g), Plaintiffs Alucard Taylor, Araba Armstrong, Han Zheng, David Liao, Karen King, Lisa Knudson, Eydalia Thurston, Kyle Silva, Dale Koger, John Cady, and Rebecca Brucaliere (collectively, "Plaintiffs") and Defendants Works Industries, LLC, GK Properties, Real Broker, LLC, and Frano Team (collectively, "Certain Defendants") hereby stipulate as follows:

WHEREAS, on December 29, 2025, Plaintiffs filed a Consolidated Amended Class Action Complaint ("CCAC") (Dkt. 45);

WHEREAS, the CCAC added Real Broker, LLC, as a Defendant and added claims against all Defendants;

WHEREAS, on December 10, 2025, prior to the filing of the CCAC, this Court entered an Order extending certain deadlines, including the deadline for Defendants to file a responsive pleading (Dkt. 40);

WHEREAS, counsel for Plaintiffs and Certain Defendants agree that, in light of the CCAC's addition of Real Broker LLC as a party and the addition of new claims against Works Industries, LLC, GK Properties, and Frano Team, the deadline for these defendants to respond to the CCAC should be extended to February 20, 2026;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the discovery plan, initial disclosure, and responsive pleading deadlines with respect to Works Industries, LLC, GK Properties, Real Broker, LLC, and Frano Team are extended as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Rule 26(f) Conference | Three weeks after Plaintiffs file CCAC. | February 25, 2026 |
| Combined 26(f) Joint Status Report and Discovery Plan | Two weeks after Rule 26(f) Conference | March 11, 2026 |
| Initial Disclosures | Two weeks after Rule 26(f) Conference | March 11, 2026 |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DISCOVERY PLAN, INITIAL DISCLOSURE, AND RESPONSIVE PLEADING DEADLINES FOR CERTAIN DEFENDANTS
CASE NO. 2:25-CV-01818-JLR

1

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

| Event | Old Deadline | New Deadline |
|---|---|---|
| Certain Defendants to file responsive pleading to CCAC. | Five weeks after Plaintiffs file CCAC. | February 20, 2026 |
| Plaintiffs to file opposition to responsive pleading. | Four weeks after Defendants file responsive pleading. | March 20, 2026 |
| Certain Defendants to file reply in support of responsive pleading. | Two weeks after Plaintiffs file opposition to responsive pleading. | April 3, 2026 |

Dated: January 21, 2026

*s/ Diana Siri Breaux*
Diana Siri Breaux (WSBA No. 46112)
Eva Sharf Oliver (WSBA No. 57019)
SUMMIT LAW GROUP
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Telephone: (206) 676-7000
Facsimile: (206) 676-7001
Email: dianab@summitlaw.com

Attorneys for Defendants
WORKS INDUSTRIES LLC, GK PROPERTIES, Real Broker, LLC and FRANO TEAM

Dated: January 21, 2026

*s/ Jerrod C. Patterson*
Jerrod C. Patterson (WSBA No. 43325)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 268-9378
Facsimile: (206) 623-0594
Email: jerrodp@hbsslaw.com

Attorneys for Plaintiffs

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND DISCOVERY PLAN, INITIAL DISCLOSURE, AND RESPONSIVE PLEADING DEADLINES FOR CERTAIN DEFENDANTS
CASE NO. 2:25-CV-01818-JLR

2

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

[PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: 22nd January 2026

_____
Hon. James L. Robart
United States District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DISCOVERY PLAN, INITIAL
DISCLOSURE, AND RESPONSIVE PLEADING
DEADLINES FOR CERTAIN DEFENDANTS
CASE NO. 2:25-CV-01818-JLR

3

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001