UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Alucard Taylor, | CASE NO. C25-1818JLR |
| Plaintiffs, | ORDER |
| v. | |
| Zillow Inc. et al., | |
| Defendants. | |

Before the court is a motion for relief from response deadline and Federal Rule of Civil Procedure 26(f) deadline filed by Defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Zillow Home Loans LLC (collectively, "Zillow").  (Mot. (Dkt. # 53).)  Plaintiffs oppose the motion. (Resp. (Dkt. # 56).)[1]  Zillow moves pursuant to Local Civil Rule 7(d)(2) to align the deadlines for

---

[1] The court finds good cause to resolve the motion in advance of the noting date "to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1; (*see* 1/22/26 Min. Order (Dkt. # 54) (providing that Zillow's reply deadline is January 28, 2026).)

ORDER - 1

Zillow's response to the consolidated class action complaint ("CCAC") and the Rule 26(f) conference with the deadlines in place for the other Defendants who are named as "co-conspirators" in a RICO conspiracy (collectively, "Broker Defendants").  (*See* Mot. at 1.)  On January 21, 2026, the parties moved to stipulate (1) that the deadline for the Broker Defendants to respond to the CCAC is February 20, 2026, and (2) to a 30-day extension to conduct the Rule 26(f) conference.  (*See generally* Stip. Mot. (Dkt. # 51); *see also* 1/22/26 Order (Dkt. # 55) (so granting).)  The court may grant relief from a case deadline where good cause exists.  Fed. R. Civ. P. 6(b)(1).  Zillow argues that, absent this alignment of these deadlines, the parties "will have different briefing schedules for their motions to dismiss, even though the claims and allegations are overlapping and the matters are likely to be heard and ruled upon on the same date."  (Mot. at 1.)  In response, Plaintiffs argue that because they first served the complaint on Zillow in September 2025 and "a staggered briefing schedule is not uncommon[,]" there purportedly "is no good cause for further delay."  (Resp. at 1.)  The court agrees with Zillow.  Finding good cause, the court GRANTS Zillow's motion and ORDERS as follows:

(1) The deadline for Zillow to respond to the CACC is February 20, 2026.

(2) The deadline for the Rule 26(f) conference is February 25, 2026.

Dated this 23rd day of January, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2