THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, ARABA ARMSTRONG, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, WORKS INDUSTRIES, LLC, an Oregon Corporation, GK PROPERTIES, a Nevada Corporation, REAL BROKER, LLC, a Florida Corporation, and FRANO TEAM, a Florida Organization,<br><br>Defendants. | Consolidated Case No. 2:25-cv-01818-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR LEAVE TO FILE OVER-LENGTH MOVING AND OPPOSITION BRIEFS REGARDING ZILLOW DEFENDANTS' MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>JANUARY 26, 2026 |

STIPULATED MOTION AND [PROPOSED] ORDER TO FILE OVER-LENGTH BRIEFS
CASE NO. 2:25-CV-01818-JLR

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

**STIPULATION**

Pursuant to Local Civil Rule 7(f), Plaintiffs Alucard Taylor, Araba Armstrong, Han Zheng, David Liao, Karen King, Lisa Knudson, Eydalia Thurston, Kyle Silva, Dale Koger, John Cady, and Rebecca Brucaliere (collectively, "Plaintiffs") and Defendants Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc, Zillow, Inc., and Zillow Home Loans, LLC (collectively, the "Zillow Defendants," and with Plaintiffs, the "Parties"), stipulate as follows:

1. Plaintiff Taylor initiated this putative class action on September 19, 2025. *See* Dkt. No. 1. Plaintiff Armstrong filed a similar suit on November 7, 2025. *See* Dkt. No. 1, *Armstrong v. Zillow*, No. 2:25-cv-02226-BAT (W.D. Wash.). On November 19, 2025, Plaintiff Taylor filed an amended complaint that, among other changes, added Plaintiffs Zheng, Liao, King, Knudson, Thurston, Silva, Koger, Cady, and Brucaliere. *See* Dkt. No. 15.

2. On December 10, 2025, pursuant to a stipulation between the parties, this Court ordered the consolidation of the *Taylor* and *Armstrong* actions. *See* Dkt. No. 27. Plaintiffs filed the Consolidated Amended Class Action Complaint ("CACC") on December 29, 2025. *See* Dkt. No. 45.

3. The CACC spans 100 pages and 354 paragraphs. The eleven Plaintiffs assert seven claims against nine defendants, including the five Zillow Defendants. *See generally* CACC. The Zillow Defendants must respond to six of those claims, which allege violations of the Racketeer Influenced and Corrupt Organizations Act (RICO), *see id.* ¶¶ 213–63; the Real Estate Settlement Procedures Act (RESPA), *see id.* ¶¶ 264–306; and the Washington Consumer Protection Act (WCPA), *see id.* ¶¶ 307–26; as well as for aiding and abetting breach of fiduciary duty, *see id.* ¶¶ 335–45; and unjust enrichment, *see id.* ¶¶ 346–54.

4. The Zillow Defendants' motion to dismiss the CACC is due on February 20, 2026. *See* Dkt. No. 59. Given the breadth and complexity of the claims and legal arguments—along with the large number of Plaintiffs and Zillow Defendants—the Parties have met and conferred and are

STIPULATED MOTION AND [PROPOSED] ORDER TO FILE OVER-LENGTH BRIEFS
CASE NO. 2:25-CV-01818-JLR

1

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1   in agreement that the standard word limits under Local Civil Rule 7(e) will not allow adequate
2   briefing of the issues.
3       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties
4   hereto, through their undersigned counsel, and subject to the approval of the Court, that the word
5   limitations for the briefs to be filed in connection with the Zillow Defendants' forthcoming motion
6   to dismiss be modified as follows:

| Filing | Standard Word Limit | Additional Words Requested | New Word Limit |
|---|---|---|---|
| Zillow Defendants' Opening Brief | 8,400 | 1,100 | 9,500 |
| Plaintiffs' Opposition Brief | 8,400 | 1,100 | 9,500 |

Dated: January 26, 2026

*/s/ Benjamin B. Sweeney*
Benjamin Brink Sweeney (WSBA No. 63957)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Fax: (206) 452-8800
Email: bsweeney@cooley.com

Benedict Y. Hur *(pro hac vice)*
Aarti Reddy *(pro hac vice)*
Thilini Chandrasekera *(pro hac vice)*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Fax: (415) 693-2222
Email: areddy@cooley.com
       bhur@cooley.com
       tchandrasekera@cooley.com

Michelle Rogers *(pro hac vice)*
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Fax: (202) 842-7899

STIPULATED MOTION AND
[PROPOSED] ORDER TO FILE
OVER-LENGTH BRIEFS
CASE NO. 2:25-CV-01818-JLR

2

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Email: mrogers@cooley.com

Sara Victoria M. Pitt *(pro hac vice)*
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Telephone: (213) 561-3250
Fax: (213) 561-3244
Email: sporter@cooley.com

Attorneys for Defendants
ZILLOW INC., ZILLOW GROUP INC., ZILLOW HOMES INC., ZILLOW LISTING SERVICES INC., and ZILLOW HOME LOANS LLC

Dated: January 26, 2026

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
Jerrod C. Patterson (WSBA No. 43325)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
         jerrodp@hbsslaw.com

Attorneys for Plaintiffs

---

STIPULATED MOTION AND [PROPOSED] ORDER TO FILE OVER-LENGTH BRIEFS
CASE NO. 2:25-CV-01818-JLR

3

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this 26th day of January, 2026.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER TO FILE OVER-LENGTH BRIEFS
CASE NO. 2:25-CV-01818-JLR

4

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700