The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, ARABA ARMSTRONG, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>               v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, WORKS INDUSTRIES, LLC, an Oregon Corporation, GK PROPERTIES, a Nevada Corporation, REAL BROKER, LLC, a Florida Corporation, and FRANO TEAM, a Florida Organization,<br><br>               Defendants. | CONSOLIDATED CASE NO. 2:25-cv-01818-JLR<br><br>STIPULATED NOTICE OF DISMISSAL OF DEFENDANT WORKS INDUSTRIES, LLC |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs and Defendants, by and through their counsel, hereby stipulate and agree to the dismissal of all claims against Defendant Works Industries, LLC without prejudice and without fees or costs to any party.

STIPULATED NOTICE OF DISMISSAL OF DEFENDANT WORKS INDUSTRIES, LLC - 1
CASE NO. 2:25-cv-01818-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

| | |
|---|---|
| Dated: February 19, 2026 | s/ Diana Siri Breaux |
| | Diana Siri Breaux (WSBA No. 46112) |
| | Eva Sharf Oliver (WSBA No. 57019) |
| | SUMMIT LAW GROUP |
| | 315 Fifth Avenue South, Suite 1000 |
| | Seattle, WA 98104-2682 |
| | Telephone: (206) 676-7000 |
| | Facsimile: (206) 676-7001 |
| | Email: dianab@summitlaw.com, |
| | evao@summitlaw.com |
| | |
| | *Attorneys for Defendants* |
| | *Works Industries LLC, GK Properties, Real Broker, LLC and Frano Team* |
| Dated: February 19, 2026 | s/ Benjamin Brink Sweeney |
| | Benjamin Brink Sweeney (WSBA No. 63957) |
| | COOLEY LLP |
| | 1700 Seventh Avenue, Suite 1900 |
| | Seattle, WA 98101-1355 |
| | Telephone: (206) 452-8700 |
| | Fax: (206) 452-8800 |
| | Email: bsweeney@cooley.com |
| | |
| | Aarti Reddy *(pro hac vice)* |
| | Benedict Y. Hur *(pro hac vice)* |
| | Thilini Chandrasekera *(pro hac vice)* |
| | COOLEY LLP |
| | 3 Embarcadero Center, 20th Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 693-2000 |
| | Fax: (415) 693-2222 |
| | Email: areddy@cooley.com |
| |       bhur@cooley.com |
| |       tchandrasekera@cooley.com |
| | |
| | Michelle Rogers *(pro hac vice)* |
| | COOLEY LLP |
| | 1299 Pennsylvania Avenue, NW, Suite 700 |
| | Washington, DC 20004-2400 |
| | Telephone: (202) 842-7800 |
| | Fax: (202) 842-7899 |
| | Email: mrogers@cooley.com |
| | |
| | Sara Victoria M. Pitt *(pro hac vice)* |
| | COOLEY LLP |
| | 355 South Grand Avenue, Suite 900 |
| | Los Angeles, CA 90071-1560 |
| | Telephone: (213) 561-3250 |
| | Fax: (213) 561-3244 |

STIPULATED NOTICE OF DISMISSAL OF DEFENDANT
WORKS INDUSTRIES, LLC - 2
CASE NO. 2:25-cv-01818-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

|   |   |   |
|---|---|---|
| 1 | | Email: sporter@cooley.com |
| 2 | | *Attorneys for Defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Zillow Home Loans, LLC* |
| 3 | | |
| 4 | Dated: February 19, 2026 | /s/ Steve W. Berman |
| 5 | | Steve W. Berman (WSBA No. 12536) Jerrod C. Patterson (WSBA No. 43325) |
| 6 | | HAGENS BERMAN SOBOL SHAPIRO LLP 1301 Second Avenue, Suite 2000 Seattle, WA 98101 |
| 7 | | Telephone: (206) 623-7292 Email: steve@hbsslaw.com |
| 8 | | jerrodp@hbsslaw.com |

Adam J. Levitt, admitted pro hac vice
Amy E. Keller, admitted pro hac vice
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Email: alevitt@dicellolevitt.com
  akeller@dicellolevitt.com

Corban Rhodes, admitted pro hac vice
Emma Bruder, admitted pro hac vice
DICELLO LEVITT LLP
485 Lexington Avenue, Tenth Floor
New York, New York 10017
Telephone: (646) 933-1000
Facsimile: (646) 494-9648
Email: crhodes@dicellolevitt.com
  ebruder@dicellolevitt.com

*Plaintiffs' Interim Class Counsel*

Douglas J. McNamara, admitted pro hac vice
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Email: dmcnamara@cohenmilstein.com

Theodore J. Leopold*
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
Email: tleopold@cohenmilstein.com

STIPULATED NOTICE OF DISMISSAL OF DEFENDANT WORKS INDUSTRIES, LLC - 3
CASE NO. 2:25-cv-01818-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Pro hac vice application forthcoming

*Attorneys for Plaintiffs and the Proposed Classes*

STIPULATED NOTICE OF DISMISSAL OF DEFENDANT
WORKS INDUSTRIES, LLC - 4
CASE NO. 2:25-cv-01818-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001