THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, ARABA ARMSTRONG, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, GK PROPERTIES, a Nevada Corporation, REAL BROKER, LLC, a Florida Corporation, and FRANO TEAM, a Florida Organization,<br><br>Defendants. | Consolidated Case No. 2:25-cv-01818-JLR<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF ZILLOW DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 20, 2026 |

DECL. OF A. REDDY ISO ZILLOW
DEFS.' RJN ISO MTD
CASE NO. 2:25-CV-01818-JLR

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

I, Aarti Reddy, hereby declare as follows:

1. I am an attorney with the law firm Cooley LLP and am counsel for Defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Zillow Home Loans, LLC (collectively, the "Zillow Defendants") in the above-captioned action. I submit this declaration in support of the Zillow Defendants' Request for Judicial Notice in Support of Motion to Dismiss Consolidated Amended Class Action Complaint filed concurrently herewith. I am duly licensed to practice law in the state of California and have been admitted to practice *pro hac vice* before this Court. The matters set forth herein are of my own personal knowledge, and if called as a witness to testify, I could and would testify to these matters.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the publicly available *"Contact Agent" Pop-Out* screen ("Pop-Out"). A member of the public can access the Pop-Out by navigating to the webpage https://www.zillow.com/homes/for_sale/, then clicking on a home displayed on that page, directing them to a home listing page, and then clicking the "Contact Agent" button, which places the Pop-Out over the home listing without changing the URL address of that home listing. A screenshot of a sample home listing page, including the "Contact Agent" button, is featured in paragraph 102 of the Plaintiffs' Consolidated Amended Class Action Complaint. When a user clicks the "real estate professionals" hyperlink in the text of the Pop-Out, a box titled "Real estate professionals" appears. In order to submit the "Contact Agent" form, every user is required to click the "Next" button. Below this button is a disclosure confirming that "[b]y pressing Next, you agree… to our Terms of Use." The phrase "Terms of Use" is underlined and depicted in purple font, and hyperlinks to the current Terms of Use. Exhibit 1 is a representative sample of the Pop-Out and its contents across the properties listed for sale on the Zillow website. This particular Pop-Out was displayed on a listing for a home in Connecticut, and was captured by a member of my team on February 12, 2026. To display the Pop-Out overlay and

DECL. OF A. REDDY ISO ZILLOW
DEFS.' RJN ISO MTD
CASE NO. 2:25-CV-01818-JLR

1

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

to preserve the privacy of sellers listing their homes on Zillow, the underlying home listing information has been blurred. The Pop-Out itself has not been edited in any way.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the publicly available *Zillow Terms of Use*, dated November 4, 2020, which was downloaded on February 13, 2026 from https://web.archive.org/web/20201216115021/https://www.zillow.com/z/corp/terms/.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the publicly available *Zillow Terms of Use*, dated September 23, 2022, which was downloaded on February 13, 2026 from https://web.archive.org/web/20220928050325/https://www.zillow.com/z/corp/terms/.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the publicly available *Zillow Terms of Use*, dated August 29, 2024, which was downloaded on February 13, 2026 from https://web.archive.org/web/20241107010308/https://www.zillow.com/z/corp/terms/.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the publicly available *Zillow Terms of Use*, dated May 20, 2025, which was downloaded on February 13, 2026 from https://web.archive.org/web/20250602135636/https://www.zillow.com/z/corp/terms/.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the publicly available *Zillow Touring Agreement* for the state of Oregon, which was downloaded on February 13, 2026 from https://delivery.digitallibrary.zillowgroup.com/public/OR-FinalTouringAgreement_pdf_Original.pdf.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the publicly available *Zillow Affiliated Business Arrangement Disclosure*, which was downloaded on February 13, 2026 from https://www.zillow.com/affiliated-business-arrangement-disclosure/.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the forgoing is true and correct.

Executed on February 20, 2026 at San Francisco, California.

*/s/ Aarti Reddy*
Aarti Reddy

DECL. OF A. REDDY ISO ZILLOW
DEFS.' RJN ISO MTD
CASE NO. 2:25-CV-01818-JLR

2

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700