# EXHIBIT 1

## Contact agent ✕

**Name ***

**Phone ***

**Email ***

**Message**

Add details or questions about what you're looking for

Next

☐ I want financing information

By pressing Next, you agree that Zillow Group and its affiliates, and real estate professionals may call/text you about your inquiry, which may involve use of automated means and prerecorded/artificial voices. You don't need to consent as a condition of buying any property, goods or services. Message/data rates may apply. You also agree to our Terms of Use. Zillow does not endorse any real estate professionals. We may share information about your recent and future site activity with your agent to help them understand what you're looking for in a home.

## Real estate professionals ✕

"Real estate professionals" includes the rea estate agents and brokers, mortgage lenders and loan officers, property managers, and other professionals you interact with through Zillow. Zillow Premier Agent is an advertising program that helps connect customers to local real estate professionals. Zillow Premier Agent partners are paid advertisers and are not affiliated with Zillow, Inc. brokerage or any of its affiliates.