# EXHIBIT 5

The Wayback Machine - https://web.archive.org/web/20250602135636/https://www.zillow.com/z/…

# Zillow Terms of Use

**Updated May 20, 2025**

Welcome and thank you for your interest in Zillow and the Zillow family of businesses (Zillow, Inc. and its affiliated brands listed in Section 2, collectively, the "Zillow Companies," "us," "our," or "we" ). By clicking a registration or new account submission button, or by otherwise using our websites, networks, mobile applications, or other services provided by the Zillow Companies (collectively, the "Services"), or accessing any content provided by us through the Services, you agree to be bound by the following terms of use, as updated from time to time (the "Terms of Use").

**1. Zillow Companies' Role.** The Zillow Companies, and the Services, may assist you in performing the various tasks in a real estate transaction. However, unless explicitly specified by the terms of use for a particular Service (each a "Product's Terms"), THE SERVICES ARE NOT INTENDED TO provide you with any financial, real estate, or related advice of any kind. You understand and agree that the Services may include advertisements. To help make the advertisements relevant and useful to you, the Zillow Companies may serve advertisements based on the information we collect through the Services. See our **Privacy Policy** for more details.

**A. Zillow, Inc.** Zillow, Inc. has a real estate broker license in certain states (see Section 21). However, unless provided for in your Product's Terms, Zillow, Inc. assumes no responsibility for any result or consequence related directly or indirectly to any action or inaction that you or any consumer takes based on the Services or any other information available through or in connection with the Services.

**2. Zillow Companies' Brands and Businesses.** We operate the following affiliated brands, any use of any of the Services provided by the following affiliated brands is subject to these Terms of Use: (a) Zillow; (b) Trulia; (c) Hotpads; (d) StreetEasy; (e) Out East; (f) Bridge Interactive Group; (g) Zillow Group Marketplace; (h) Mortech; (i) dotloop; (j) Signpost Homes; (k) Zillow Homes; (l) Zillow Closing Services; and (m) Zillow Home Loans. Services offered by each of these companies may be subject to additional terms of use as available on their respective websites, networks, mobile applications, or otherwise.

- **A. Affiliated Business Relationship Notice:** This is to give you notice of business relationships among the following providers. Zillow, Inc. ("ZINC," which operates Zillow.com

and promotes Zillow Offers, among other programs); Zillow Group Marketplace, Inc. ("ZGMI"); Zillow Homes, Inc. ("ZHO"); Zillow Home Loans, LLC ("ZHL"); Zillow Insurance Services, Inc. ("ZIS"); Zillow Closing and Escrow Services CA, Inc ("ZCS CA"); Spruce Land Services LLC ("Spruce"); Spruce Land Services West LLC ("Spruce West"); Spruce Land Services Southwest LLC ("Spruce Southwest"); Spruce Land Services of Louisiana, LLC ("Spruce Louisiana"); and Spruce Land Services of Alabama, LLC ("Spruce Alabama") are affiliated companies and each may refer to you the services of another. ZINC, ZGMI, ZHO, ZHL, ZIS, ZCS CA, Spruce, Spruce West, Spruce Southwest, Spruce Louisiana, and Spruce Alabama are each indirectly wholly owned by Zillow Group, Inc. through one or more subsidiaries. Because of these relationships, any referrals of you by any of the Zillow Companies may provide the referred company, its direct or indirect parent (including Zillow Group), and our respective employees with a financial or other benefit.

- **B. Zillow Group Marketplace and Zillow Home Loans.** Except for ZHL, the Zillow Companies do not provide or utilize any information for use in loan-related decisions, and you acknowledge and agree not to use any information obtained from ZGMI or any other Zillow Companies' Services for loan related decisions. If you choose to engage with ZHL, you will be subject to ZHL's separate Product's Terms. You can find more information about ZHL's mortgage lending services at https://www.zillowhomeloans.com.

**3. Eligibility; Accounts and Registration.** You must be at least 18 years of age to use the Services. By agreeing to these Terms of Use, you represent and warrant that: (a) you are at least 18 years of age; (b) you have not previously been suspended or removed from the Services; and (c) your registration and your use of the Services complies with all applicable laws and regulations. To access some features of the Services, you may be required to register for an account and agree to a Product's Terms, to the extent applicable to that service, which may be incorporated herein or available on a separate Zillow Companies site. When you register for an account you will be asked to provide us with some information about yourself, such as email address, phone number, or other contact information. You agree that the information you provide is accurate and that you will keep it accurate and up-to-date at all times. When you register, you will be asked to provide a password. You are solely responsible for maintaining the confidentiality of your account and password, and you are responsible for all actions taken via your account. You may not share your user account(s) with others. Unless you have entered into a commercial agreement with us permitting you to use the Services for transactions on behalf of another person, you may use the Services only for transactions on your own behalf.

**4. Use of the Services; Restrictions.**

- **A. Use of the Services.** As long as you comply with these Terms of Use, we grant you a non-exclusive, limited, revocable, personal, non-transferable license to use the Services, and to download and use any App (as defined in Section 4(B) below) on your mobile device in object code form, for your personal use. If you are a real estate or mortgage professional acting in your professional capacity, you may additionally use the Services to provide information, to the extent permitted by applicable law, to your clients and to take actions on behalf of your clients ("Pro Use"). If you use the Services for a Pro Use, you represent and warrant that you

have obtained all required authorizations and consents from your client. Except as expressly stated herein, these Terms of Use do not provide you with a license to use, reproduce, distribute, display or provide access to any portion of the Services on third-party web sites or otherwise. The Services may include software for use in connection with the Services. The Services may not be used for transactions in commercial real estate, which includes, without limitation, commercially zoned properties and vacation rentals.

- **B. Mobile Applications.** To use any mobile application feature of the Services (each, an "App"), you must have a compatible mobile device. We do not warrant that any App will be compatible with your mobile device. You may use mobile data in connection with an App and may incur additional charges from your wireless provider for using an App. You agree that you are solely responsible for any applicable charges. We may update any app and may automatically electronically update the version of any App that you have installed on a mobile device. You consent to all automatic upgrades, and understand that these Terms of Use will apply to all updated versions of an App. Any third-party open source software included in an App is subject to the applicable open source license and may be available directly from the creator under an open source license. These Terms of Use do not apply to your use of software obtained from a third-party source under an open source license.

- **C. Use of Content.** Subject to the restrictions set forth in these Terms of Use, you may copy information from the Services without the aid of any automated processes and only as necessary for your personal use or Pro Use to view, save, print, fax and/or e-mail such information. Notwithstanding the foregoing, the aggregate level data provided on the **Zillow Local-Info Pages** (the "Aggregate Data") may be used for non-personal uses, e.g., real estate market analysis. You may display and distribute derivative works of the Aggregate Data (e.g., within a graph), only so long as the Zillow Companies are cited as a source on every page where the Aggregate Data are displayed, including "Data Provided by Zillow Group." Such citation may not include any of our logos without our prior written approval or imply any relationship between you and the Zillow Companies beyond that the Zillow Companies are the source of the Aggregate Data. You are prohibited from displaying any other Zillow Companies' data without our prior written approval.

 **5. Prohibited Use.** BY USING THE SERVICES, YOU AGREE NOT TO:

- reproduce, modify, distribute, display or otherwise provide access to, create derivative works from, decompile, disassemble, or reverse engineer any portion of the Services, except as explicitly permitted by any Product's Terms to the extent applicable to that product's Services;
- provide/post/authorize a link to any of the Services (including but not limited to an agent profile page) from a third-party website that is not a real estate-related website owned or operated by a real estate or lending professional or institution;
- remove or modify any copyright or other intellectual property notices that appear in the Services;

- use the Services in any way that is unlawful, or harms the Zillow Companies, its service providers, suppliers, affiliates, or any other user;
- use the Services in any way to discriminate against any individual or class of individuals protected under federal, state or local laws, or which may have a discriminatory impact against any individual or class of individuals, or which otherwise promotes illegal, racist or discriminatory activities or outcomes;
- post, display, communicate, or otherwise make accessible to any third party on or through the Services (including but not limited to an agent profile page) a seller's or listing agent's offer of buyer agent compensation (including an amount, percentage, or that buyer agent compensation is offered at all), irrespective of whether such offer of compensation is connected to any specific property;
- distribute or post spam or other unsolicited messages, chain letters, pyramid schemes, or similar communications through the Services;
- impersonate another person, misrepresent your affiliation with another person or entity, or make any representation to any third party under false pretenses;
- reproduce, publicly display, or otherwise make accessible on or through any other website, application, or service any reviews, ratings, or profile information about real estate, lending, or other professionals, underlying images of or information about real estate listings, or other data or content available through the Services, except as explicitly permitted by us for a particular portion of the Services;
- upload invalid data, viruses, worms, or other software agents to the Services;
- post, reproduce, publicly display, or otherwise make accessible any content, which we, in our sole judgement and discretion, consider illegal, offensive or objectionable including without limitation content that harasses, discriminates, demeans, threatens or disparages any individual or class of individuals;
- interfere with, or compromise the system integrity or security of the Services, or otherwise bypass any measures we may use to prevent or restrict access to the Services;
- conduct automated queries (including screen and database scraping, spiders, robots, crawlers, bypassing "captcha" or similar precautions, or any other automated activity with the purpose of obtaining information from the Services) on the Services;
- use any of the Zillow Companies' trademarks as part of your screen name or email address on the Services;
- access or use any of the Services to develop competitive products or services; or
- attempt to, or permit or encourage any third party to, do any of the above.

## 6. Fees.

- **A. Generally.** You may be required to pay fees to access certain features of the Services. All fees are in U.S. dollars and are non-refundable. If we change the fees for all or part of any of the Services, including by adding fees or charges, we will provide you advance notice of those changes. If you do not accept the changes, we may discontinue providing the applicable part of the Services to you. Our authorized third-party payment processors will

charge the payment method you specified at the time of purchase or as agreed to as part of the selected Service. You authorize us to charge all fees as described in these Terms of Use for the Services you select to that payment method. If you pay any fees with a credit card, we may seek pre-authorization of your credit card account before your purchase to verify that the credit card is valid and has the necessary funds or credit available to cover your purchase.

**B. Subscriptions.** The Services may include features that allow for automatically recurring payments for periodic charges ("Subscription Service"). If you decide to activate a Subscription Service, you authorize us to periodically charge, on a going-forward basis and until cancellation of either the recurring payments or your account, all accrued sums on or before the payment due date for the accrued sums. The subscription will continue unless and until you cancel your subscription, or we terminate it. You must cancel your Subscription Service before it renews in order to avoid billing of the next periodic subscription fee to your account. We will bill the periodic subscription fee to the payment method you provide to us during registration (or to a different payment method if you change your payment information). We may change the subscription fee for any subsequent subscription period but will provide you advance notice of any increase before it applies. Unless otherwise stated in your Product's Terms, you may cancel a Subscription Service through the settings page in your account, by contacting us at [consumercare@zillow.com](mailto:consumercare@zillow.com), or, if applicable by contacting your business consultant.

## 7. User Materials.

- **A. UGC Definition; License Grant.** Certain portions of the Services may allow users to upload or otherwise provide the Zillow Companies images, photos, video, data, text, listings, and other content ("User Materials"). Absent any additional terms provided in your Product's Terms, by uploading or otherwise providing User Materials to the Services, you grant us an irrevocable, perpetual, royalty-free worldwide license to: (i) use, copy, distribute, transmit, publicly display, publicly perform, reproduce, edit, modify, prepare derivative works of or incorporate into other works, and translate your User Materials, in connection with the Services or in any other media; and (ii) sublicense these rights, to the maximum extent permitted by applicable law. We will not pay you for your User Materials or to exercise any rights related to your User Materials set forth in the preceding sentence. We may remove or modify your User Materials at any time. You are solely responsible for all User Materials made through your user account(s) on the Services or that you otherwise make available through the Services. For all User Materials, you represent and warrant that you are the creator and owner of the User Materials, or have the necessary licenses, rights, consents, and permissions (including all permissions required under applicable privacy and intellectual property law) to authorize the Zillow Companies and other users to access and use your User Materials as necessary to exercise the licenses granted by you under these Terms of Use. We will not use client contact information that is uploaded by agents into the Zillow Agent Hub portal for any purpose, unless that client contact information is otherwise provided to us directly by the client.

- **B. UGC Disclaimer.** We are under no obligation to edit or control your User Materials or the User Materials of any other User and will not be in any way responsible or liable for any User Materials. We may, however, at any time and without prior notice, screen, remove, edit, or block any User content on the Services, including User Materials, that in our sole judgment violates these Terms of Use or we find otherwise objectionable, including any violation of our Good Neighbor Policy, described in Section 13(B). You understand that when using the Services, you may be exposed to User Materials of other users and acknowledge that User Materials may be inaccurate, offensive, indecent, or objectionable. You agree to waive, and do waive, any legal or equitable right or remedy you may have against us with respect to User Materials. We expressly disclaim any and all liability in connection with User Materials. If notified by a user or content owner that User Materials allegedly do not conform with these Terms of Use, we may investigate the allegation and determine in our sole discretion whether to remove those User Materials, which we reserve the right to do at any time and without notice. For more information on our handling of infringing content, please see Section 11 below.

8. **Third Party/Linked Services/Sent information.**

- **A. Generally.** The Services include links to third-party products, services, and websites, as well as materials provided by third parties, and may include functionality that allows for the distribution of your User Materials or your personal information (collectively, your "User Information") to third parties not under our control (each, a "Third-Party Provider"). Third-Party Providers are solely responsible for their services. You are responsible for your use and submission of User Information to any third party, and your dealings or business conducted with any third party arising in connection with the Services are solely between you and such third party. Your use of third-party sites, services, or products may be subject to associated third-party terms of use and privacy policies or other agreements, which you are solely responsible for complying with. We do not endorse, and take no responsibility for such products, services, Web sites, and materials, or a Third-Party Provider's use of your User Information. By using a tool that allows for User Information to be transferred, you agree that we may transfer the applicable User Information or other information to the applicable third-parties, which are not under our control. If you submit a contact form or otherwise indicate your interest in contacting a Third-Party Provider, you may receive telemarketing calls from the Third-Party Provider using the contact information you provided. Third-Party Providers may keep your contact information and any other information received by the Third-Party Provider in processing a contact or other request form. We are not responsible for any damages or costs of any type arising out of or in any way connected with your dealings with these third parties.

    - **B. Certain Third-Party Services.**
        - (i) Referrals and Lead Sales. As part of the Services, you may be connected with a real estate professional. You authorize us to make such referral or lead sale and acknowledge that we may be paid valuable consideration for facilitating such connection. As part of the Services, you may be connected to a party that provides mortgage loan origination services, title and escrow services, or other settlement

services. If any of these parties have an affiliated relationship with any of the Zillow Companies, then one or more of the Zillow Companies may receive a financial or other benefit from the referral between such affiliates

(ii) Non-Affiliated Financial Products. If you choose to contact a non-affiliated bank, mortgage lender, financial institution, mortgage loan originator, loan broker, or other mortgage professional through the Services by filling out a contact, other request form or otherwise indicating your interest in contacting (or being contacted by) a Third-Party Provider (including requests for mortgage rate quotes) on the Services, you authorize the Zillow Companies, and Zillow Group Marketplace, Inc., in particular to provide the information you submit to the Third-Party Provider. If you include your name, contact information and other information in a request, your identity will no longer be anonymous to the Third-Party Provider. Your submission of information and any request for quotes through the Services is not an application for credit. In the case of non-affiliated financial products, the Zillow Companies are only providing an administrative service to consumers and participating Third-Party Providers. Loan approval standards are established and maintained solely by individual Third-Party Providers. Decisions in any related non-affiliated transactions are made by participating Third-Party Providers and are not made by the Zillow Companies and the Zillow Companies are not responsible for the underwriting activities or credit decisions of any Third-Party Provider. Any non-binding quotes provided by the Zillow Companies for Third-Party Providers' financial products are not intended to be official Loan Estimates as defined in the Real Estate Settlement Procedures Act or the Truth in Lending Act, or to otherwise serve as a disclosure of any specific loan terms or conditions under any state or federal law. Interest rates displayed through the Services are for informational purposes only and reflect non-binding quotes of the terms a Third-Party Provider might offer an applicant fitting a consumer's anonymous profile. Actual interest rates may vary. Consumers should rely on their own judgment in deciding which available loan product, terms, and Third-Party Provider best suit their needs and financial means. Except as set forth in Section 8(b)(i) above or as otherwise disclosed to you or provided in other Product's Terms, the Zillow Companies: (a) are not a Third-Party Provider, loan originator, loan processor or underwriter; (b) do not aid or assist applicants in obtaining loans, soliciting applicants or Third-Party Providers for loans, or offer or negotiate terms of applications or loans; (c) do not take mortgage applications, make loans or credit decisions, or prequalify or preapprove applicants for loans; (d) are not an agent of either any consumer or any Third-Party Provider; (e) do not endorse, refer, or recommend any Third-Party Provider that pays the Zillow Companies, or the products of any Third-Party Provider that pays the Zillow Companies; (f) are not responsible for any errors or delays caused by consumers or any Third-Party Provider in the loan process; and (g) do not guarantee offer of, or acceptance into, any particular loan program or specific loan terms, conditions, or rates with any Third-Party Provider, or that any rates or terms will be the best available.

(iii) Rental Products. If you choose to submit your information in order to submit a background or credit check, you are subject to the CIC and Experian terms as described

in Section 8(C) below. We do not process, or store background or credit check information related to our rental products and do not control how a landlord uses background or credit check information in evaluating applications submitted to them. We do not guarantee any acceptance by a landlord of an application but do require all landlords using the Services to comply with the Fair Housing Act and other applicable laws.

**C. Additional Terms for Third Party Services.** Certain aspects of the Services include Third-Party tools that are subject to additional Third-Party terms, including, but not limited to, the following:

(i) Windows Live Virtual Earth. Windows Live Virtual Earth imagery is supplied by Microsoft Corporation, and use is subject to the **Microsoft MapPoint Terms of Use**.

(ii) Google Maps. Some of the Services implement the Google Maps web mapping service. Your use of Google Maps is subject to **Google's terms of use**, and **Google's Privacy Policy**.

(iii) Stripe. Some of the Services allow you to use Stripe Connect to make payments to other users, and may include additional processing or application fees detailed when you choose to connect to Stripe. Your use of Stripe is subject to the **Stripe Connected Account Agreement**. Additionally, by using Stripe, you agree not to use Stripe (and the Services generally) for any **Prohibited Business purposes**.

(iv) CIC. Some of the Services allow users to use our Third-Party background check partner CIC's services to submit an application and background check to a landlord. If you are a Renter using the CIC services, you authorize Zillow to obtain your background check report, including criminal and housing court records and to share that information with Landlords to whom you submit an application, and agree to the **CIC Legal and Privacy Policy**. If you are a Landlord using the CIC services, you agree to use the background check reports in compliance with the law, and agree to the CIC Legal and Privacy Policy linked above. Further, you understand and acknowledge that the reporting of criminal and housing court records may be restricted in accordance with federal, state and local legislation/regulations on reporting and/or use restrictions, government agency guidance and industry best practices. CIC does not use Artificial Intelligence (AI) in the collection or hygiene of criminal or housing court records.

**9. Intellectual Property.** The Services are owned and operated by the Zillow Companies. The user interfaces, design, information, data, code, products, software, graphics, and all other elements of the Services (the "Zillow Companies' Materials") that we provide are protected by intellectual property and other laws and are the property of the Zillow Companies or the Zillow Companies' Third-Party licensors. Except as expressly allowed by these Terms of Use, you may not make use of the Zillow Companies' Materials, and the Zillow Companies reserve all rights to the Zillow Companies' Materials and Services not granted expressly in these Terms of Use.

Intellectual Property Notices:

Certain content on the Services is owned by ZIP+4 data and the United States Postal Service. The names of actual companies, products, and services mentioned herein may be the trademarks of their respective owners. Any rights not expressly granted herein are reserved. We do not assert copyright or grant any rights to the underlying images or descriptions of real estate listings provided through the Services. Any use of these images and descriptions is subject to the copyright owner's permission and the requirements of applicable law.

**10. Feedback.** If you choose to provide input and suggestions regarding the Services, including related to any of the Zillow Companies' Materials ("Feedback"), then you hereby grant us an unrestricted, perpetual, irrevocable, non-exclusive, fully-paid, royalty-free right to use the Feedback in any manner and for any purpose, including to improve the Services or create other products and services.

**1**1**. DMCA; Claims of Copyright Infringement.** We respect the intellectual property rights of others and ask that everyone using the Services do the same. Anyone who believes that their work has been reproduced on the Services in a way that constitutes copyright infringement may notify our copyright agent in accordance with Title 17, United States Code, Section 512(c)(2), by providing the following information:

- (i) Identification of the copyrighted work that you claim has been infringed;

- (ii) Identification of the material that you claim is infringing and needs to be removed, including a description of where it is located on the Services so that the copyright agent can locate it;

- (iii) Your address, telephone number, and, if available, e-mail address, so that the copyright agent may contact you about your complaint; and

- (iv) A signed statement that the above information is accurate; that you have a good faith belief that the identified use of the material is not authorized by the copyright owner, its agent, or the law; and, under penalty of perjury, that you are the copyright owner or are authorized to act on the copyright owner's behalf in this situation.

- Notices of copyright infringement claims should be sent as follows:

    - By Mail:
        - Zillow, Inc.
        - 1301 Second Avenue, Floor 36
        - Seattle, WA 98101
        - Attention: Copyright Agent

    - By Email:

- If relating to content on Trulia.com and related websites: DMCA_notice_email@trulia.com
- Otherwise: DMCA_notice_email@zillow.com

  ○ If you give notice of copyright infringement by e-mail, we may begin investigating the alleged copyright infringement; however, we must receive your signed statement by mail or as an attachment to your e-mail before we are required to take any action.

**12. Deactivation/Deletion /Changes to Agreement.** Except as stated in any Product's Terms, you may deactivate your account at any time by selecting "deactivate account" in your **account settings**. You can delete your account and all your account data by submitting a request to "delete your data" at **https://privacy.zillowgroup.com/**. If you deactivate or delete your account, you remain obligated to pay all outstanding fees, if any, incurred prior to termination relating to your use of the Services. If you violate any provision of these Terms of Use, your permission from the Zillow Companies to use the Services will terminate automatically. In addition, we may, in our sole discretion, deactivate, suspend, or terminate your access to your account and the Services at any time for any reason, with or without notice. We may alter, suspend, or discontinue the Services or any portion of the Services without notice. We will not be liable whatsoever for any change to the Services or any suspension or termination of your access to, or use of the Services. We reserve the right to change these Terms of Use at any time in its sole discretion on a going-forward basis, and we will make commercially reasonable efforts to notify you of any material changes to these Terms of Use. Your continued use of the Services after any updates are effective will represent your agreement to the revised version of the Terms of Use and will constitute acceptance of, and agreement to, any such changes. You further waive any right you may have to receive specific notice of such changes to these Terms of Use. You are responsible for regularly reviewing these Terms of Use.

**13. Privacy Policy/Other Terms.**

- **A. Privacy Policy.** The Zillow Companies will collect, use, store, and disclose personal information in accordance with our Privacy Policy. Please consult your **Privacy Policy** for more information, which is incorporated into, and made a part of, these Terms of Use.

- **B. Other Terms.** Your use of the Services is subject to all additional guidelines, rules, Product Terms, and agreements applicable to the Services or certain features of the Services that we may post on, or link to, from the Services, such as rules applicable to a particular product or content available through the Services, including, without limitation, the **Good Neighbor Policy**, the **Listing Quality Policy**, the **Self-Tour Terms and Conditions**, the **Rentals User Terms**, the **Respectful Renting Pledge**, the **3D Home Terms and Guidelines**, and the **Zillow Listing Access Standards**. If you are a non-affiliated Third-Party Provider who has created an industry professional account with Zillow Group, you are subject to the **NMLS Data Terms**. Additionally, if you are a non-affiliated Third-Party Provider who participates in any Services offered by Zillow Group Marketplace, Inc. you are also subject to the Zillow

Group Market Place, Inc.'s <u>Lender Terms of Use.</u> All such terms are incorporated into, and made a part of, these Terms of Use.

**14. Indemnification.** You agree to indemnify, defend, and hold harmless the Zillow Companies, our affiliates, and our respective directors, officers, employees, and agents from any and all claims and demands made by any third party due to or arising out of: (a) your access to or use of the Services; (b) your breach of these Terms of Use; (c) your violation of any law or the rights of a third party; (d) any dispute or issue between you and any third party; (e) any User Materials you upload to, or otherwise make available through, the Services; (f) your willful misconduct; and (g) any other party's access to or use of the Services using your account and password. The Zillow Companies reserve the right, at their own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and in that case, you agree to cooperate with the Zillow Companies' defense of that claim.

**15. No Warranties.** THE ZILLOW COMPANIES PROVIDE THE SERVICES "AS IS," "WITH ALL FAULTS" AND "AS AVAILABLE," AND THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY, AND EFFORT IS WITH YOU. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE ZILLOW COMPANIES AND OUR SUPPLIERS MAKE NO REPRESENTATIONS, WARRANTIES, OR CONDITIONS, EXPRESS OR IMPLIED. THE ZILLOW COMPANIES AND OUR SUPPLIERS EXPRESSLY DISCLAIM ANY AND ALL WARRANTIES OR CONDITIONS, EXPRESS, STATUTORY, AND IMPLIED, INCLUDING WITHOUT LIMITATION: (A) WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, ACCURACY, TITLE, QUIET ENJOYMENT, NO ENCUMBRANCES, NO LIENS, AND NON-INFRINGEMENT; (B) WARRANTIES OR CONDITIONS ARISING THROUGH COURSE OF DEALING OR USAGE OF TRADE; AND (C) WARRANTIES OR CONDITIONS OF UNINTERRUPTED OR ERROR-FREE ACCESS OR USE. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU THROUGH THE SERVICES OR ANY MATERIALS AVAILABLE THROUGH THE SERVICES WILL CREATE ANY WARRANTY REGARDING ANY ZILLOW COMPANIES' ENTITY OR THE SERVICES THAT IS NOT EXPRESSLY STATED IN THESE TERMS OF USE. YOU ASSUME ALL RISK FOR ANY DAMAGE THAT MAY RESULT FROM YOUR USE OF OR ACCESS TO THE SERVICES, YOUR DEALING WITH ANY OTHER USER, AND ANY MATERIALS, INCLUDING ALL USER AND ZILLOW COMPANIES' MATERIALS, AVAILABLE THROUGH THE SERVICES. YOU UNDERSTAND AND AGREE THAT YOUR USE OF THE SERVICES, AND USE, ACCESS, DOWNLOAD, OR OTHER OBTAINMENT OF MATERIALS THROUGH THE SERVICES AND ANY ASSOCIATED SITES OR SERVICES, ARE AT YOUR OWN DISCRETION AND RISK, AND THAT YOU ARE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR PROPERTY (INCLUDING YOUR COMPUTER SYSTEM OR MOBILE DEVICE USED IN CONNECTION WITH THE SERVICES), OR THE LOSS OF DATA THAT RESULTS FROM THE USE OF THE SERVICES OR THE DOWNLOAD OR USE OF THOSE MATERIALS. SOME JURISDICTIONS MAY PROHIBIT A DISCLAIMER OF WARRANTIES AND YOU MAY HAVE OTHER RIGHTS THAT VARY FROM JURISDICTION TO JURISDICTION.

**16. Limitation of Liability/Exclusive Remedy.** IN NO EVENT WILL THE ZILLOW COMPANIES OR ANY OF OUR AFFILIATES BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL, OR PUNITIVE DAMAGES (INCLUDING DAMAGES FOR LOSS OF PROFITS, GOODWILL, OR ANY OTHER INTANGIBLE LOSS) ARISING OUT OF, BASED ON, OR RESULTING

FROM THESE TERMS OF USE OR YOUR USE OR ACCESS, OR INABILITY TO USE OR ACCESS, THE SERVICES OR ANY MATERIALS ON THE SERVICES, WHETHER BASED ON: (A) BREACH OF CONTRACT; (B) BREACH OF WARRANTY; (C) NEGLIGENCE; OR (D) ANY OTHER CAUSE OF ACTION, EVEN IF THE ZILLOW COMPANIES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE ZILLOW COMPANIES ASSUME NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF MATERIALS; (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO OR USE OF THE SERVICES; (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION STORED THEREIN; (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE SERVICES; (V) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE THAT MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY; (VI) ANY ERRORS OR OMISSIONS IN ANY MATERIALS OR FOR ANY LOSS OR DAMAGE INCURRED AS A RESULT OF THE USE OF ANY MATERIALS POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE THROUGH THE SERVICES; OR (VII) USER MATERIALS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY. THE AGGREGATE LIABILITY OF THE ZILLOW COMPANIES AND ANY OF OUR AFFILIATES TO YOU FOR ALL CLAIMS ARISING OUT OF OR RELATING TO THE USE OF, OR INABILITY TO USE, ANY PORTION OF THE SERVICES OR OTHERWISE UNDER THESE TERMS OF USE, WHETHER UNDER CONTRACT, TORT, OR OTHERWISE, IS LIMITED TO THE GREATER OF: (1) THE AMOUNT YOU HAVE PAID TO THE ZILLOW COMPANIES FOR THE SERVICES IN THE 12 MONTHS PRIOR TO THE EVENTS OR CIRCUMSTANCES GIVING RISE TO THE CLAIMS; OR (2) $100. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL DAMAGES. ACCORDINGLY, THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU. EACH PROVISION OF THESE TERMS OF USE THAT PROVIDES FOR A LIMITATION OF LIABILITY, DISCLAIMER OF WARRANTIES, OR EXCLUSION OF DAMAGES IS INTENDED TO AND DOES ALLOCATE THE RISKS BETWEEN THE PARTIES UNDER THESE TERMS. THIS ALLOCATION IS AN ESSENTIAL ELEMENT OF THE AGREEMENT OF THE PARTIES. THE LIMITATIONS IN THIS SECTION WILL APPLY EVEN IF ANY LIMITED REMEDY FAILS ITS ESSENTIAL PURPOSE.

**17. Choice of Law; Disputes.** These Terms of Use are governed by the laws of the State of Washington, without giving effect to its conflict of laws provisions. You agree to submit to the personal and exclusive jurisdiction and venue in the state and federal courts sitting in King County, Washington for all disputes, claims, and actions arising from or in connection with the Services or otherwise under these Terms of Use. The Zillow Companies operate the Services from our offices in Washington, and we make no representation that the Services are appropriate or available for use in other locations.

**18. General.** You agree not to export from anywhere any part of the Services provided to you, or any direct product thereof, except in compliance with, and with all licenses and approvals required under, applicable export laws, rules and regulations. All Services used by the U.S. Government are provided with the commercial license rights described herein. These Terms of Use may be amended only by a written agreement signed by authorized representatives of the parties to these Terms of Use. If any part of these Terms of Use is determined to be invalid or unenforceable, then the invalid or unenforceable provision will be replaced with a valid,

enforceable provision that most closely matches the intent of the original provision and the remainder of these Terms of Use will continue in effect. The section titles in these Terms of Use are used solely for the convenience of the parties and have no legal or contractual significance. We may assign this Agreement, in whole or in part, at any time with or without notice to you. You may not assign these Terms of Use, or assign, transfer or sublicense your rights, if any, in the Services. Our failure to act with respect to a breach, or our choice to otherwise waive breach by you or others, does not waive our right to act with respect to subsequent or similar breaches. Except as expressly stated herein, these Terms of Use, and all expressly incorporated terms and agreements, constitute the entire agreement between you and the Zillow Companies with respect to the Services and supersede all prior or contemporaneous communications of any kind between you and the Zillow Companies with respect to the Services. The following sections of these Terms of Use shall survive any termination of these Terms of Use: 3, 5-8, 10-12, and 14-22.

**19. Consent to Communications.** By using the Services, you consent to receiving certain electronic communications from us as further described in the Privacy Policy. Please read our Privacy Policy to learn more. You agree that any notices, agreements, disclosures, surveys, or other communications that we send to you electronically will satisfy any legal communication requirements, including that those communications be in writing.

The Services may provide web forms, links, or contact information, including phone numbers, that can connect you with the Zillow Companies or third parties, such as real estate agents and Third-Party Providers. Communications through these methods may be routed through a third-party service ("Communications Service"). Calls may be recorded or monitored for quality assurance, training, or customer service purposes. You will be notified at the beginning of a call if it may be recorded or monitored. You consent to such recording and monitoring by the Zillow Companies or the Communications Service. We also use the Communications Service to track phone calls and text messages between you and real estate professionals so that we and the real estate professional can access certain details about the contact. As part of this process, we and the Communications Service will receive in real time, and store, data about your call or text message, including the date and time of the call or text message, your phone number, and the content of the text message. You consent to these practices by us and the Communications Service. The information is subject to the Privacy Policy.

**20. Notice to California Residents.** If you are a California resident, under California Civil Code Section 1789.3, you may contact the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs in writing at 1625 N. Market Blvd., Suite S-202, Sacramento, California 95834, or by telephone at (800) 952-5210 in order to resolve a complaint regarding the Service or to receive further information regarding use of the Service.

**21. Contact Information and License Disclosures.** The Services are offered by Zillow, Inc. and its affiliates, located at 1301 Second Avenue, Floor 36, Seattle, WA 98101. You may contact the Zillow Companies by sending correspondence to that address or emailing

consumercare@zillow.com. To see a complete list of Zillow, Inc.'s real estate brokerage licenses, see Real Estate Licenses.

Zillow Group Marketplace, Inc. is a wholly-owned subsidiary of Zillow, Inc. and has its headquarters at 1301 Second Ave., 30th floor, Suite 3000-A, Seattle, Washington 98101. The Nationwide Mortgage Licensing System (NMLS) Identification Number for Zillow Group Marketplace, Inc. is 1303160. To see a complete list of Zillow Group Marketplace, Inc.'s licenses, see Licensing and Disclosures, EQUAL HOUSING OPPORTUNITY.

Zillow Home Loans, LLC is a wholly-owned subsidiary of Zillow, Inc., and has its headquarters at 10975 El Monte, Overland Park, KS 66211. The NMLS Identification Number for Zillow Home Loans, LLC is 10287. To see a complete list of Zillow Home Loans, LLC's licenses, see this Licensing page. ZILLOW HOME LOANS, LLC IS AN EQUAL HOUSING LENDER.

Zillow Closing Services, LLC, Zillow Closing Services AZNV, LLC and Zillow Closing Services TX, LLC are wholly-owned subsidiaries of Zillow Group, Inc. Licensing information for the Zillow Closing Services entities can be found here.

**22. Notice to Apple Users.** If you are using our mobile applications on an iOS device, the terms of this Section 22 apply. You acknowledge that these Terms of Use are between you and the Zillow Companies only, not with Apple, and Apple is not responsible for the Services or related Materials. Apple has no obligation to furnish any maintenance or support services with respect to the Services. If the Services fail to conform to any applicable warranty, you may notify Apple and Apple will refund any applicable purchase price for the mobile application to you; to the maximum extent permitted by applicable law, Apple has no other warranty obligation with respect to the Services. Apple is not responsible for addressing any claim by you or any third party relating to the Services or your possession or use of the Services, including: (a) product liability claims; (b) any claim that the Services fail to conform to any applicable legal or regulatory requirement; and (c) claims arising under consumer protection or similar legislation. Apple is not responsible for the investigation, defense, settlement or discharge of any third-party claim that the Services or your possession and use of the mobile application infringe that third party's intellectual property rights. You agree to comply with any applicable third-party terms when using the Services. Apple and Apple's subsidiaries are third party beneficiaries of Section 22 of these Terms of Use, and upon your acceptance of these Terms or Use, Apple will have the right (and will be deemed to have accepted the right) to enforce this Section 22 of these Terms of Use against you. You hereby represent and warrant that: (i) you are not located in a country that is subject to a U.S. Government embargo, or that is on Title 15, Part 740 Supplement 1, Country Group E of the U.S. Code of Federal Regulations; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties.

**Why Use Zillow?**

Zillow is a free online real estate site where you can search for homes for sale, find home prices, see home values, view recently sold homes, and check mortgage rates. Get started by finding real estate in top states and real estate in top cities.

---

About　　Zestimates　　Research　　Careers　　Careers - U.S. Privacy Notice　　Careers - Mexico Privacy Notice

Help　　Advertise　　Fair Housing Guide　　Advocacy　　Terms of use　　Privacy Notice　　Cookie Preference

Learn　　AI　　Mobile Apps

Trulia　　StreetEasy　　HotPads　　Out East　　ShowingTime+

Do Not Sell or Share My Personal Information→

---

Zillow Group is committed to ensuring digital accessibility for individuals with disabilities. We are continuously working to improve the accessibility of our web experience for everyone, and we welcome feedback and accommodation requests. If you wish to report an issue or seek an accommodation, please let us know.

Zillow, Inc. holds real estate brokerage licenses in multiple states. Zillow (Canada), Inc. holds real estate brokerage licenses in multiple provinces.
§ 442-H New York Standard Operating Procedures
§ New York Fair Housing Notice
TREC: Information about brokerage services, Consumer protection notice
California DRE #1522444

Contact Zillow, Inc. Brokerage

For listings in Canada, the trademarks REALTOR®, REALTORS®, and the REALTOR® logo are controlled by The Canadian Real Estate Association (CREA) and identify real estate professionals who are members of CREA. The trademarks MLS®, Multiple Listing Service® and the associated logos are owned by CREA and identify the quality of services provided by real estate professionals who are members of CREA. Used under license.

 

 Follow us:     © 2006-2025 Zillow 

