# EXHIBIT 7

    Sign in

# Affiliated Business Arrangement Disclosure

This is to give you notice of business relationships among the following providers. Zillow, Inc. ("ZINC" which operates Zillow.com); Zillow Group Marketplace, Inc. ("ZGMI"); Zillow Home Loans, LLC ("ZHL"); Zillow Closing, LLC; Zillow Closing Southwest, LLC; Zillow Closing West, LLC; Zillow Closing of Alabama, LLC; Zillow Closing of Louisiana, LLC; Zillow Closing & Title, Inc. ("Zillow Closing"); Zillow Closing and Escrow Services CA, Inc. ("ZCS CA"); and Zillow Insurance Services, Inc. ("ZIS") are affiliated companies and each may refer to you the services of another. ZINC, ZGMI, ZHL, Zillow Closing, ZCS CA, and ZIS (collectively, the "Zillow Companies") are each indirectly wholly owned by Zillow Group, Inc. ("Zillow Group"), through one or more subsidiaries. Because of these relationships, any referrals of you by any of the Zillow Companies may provide the referred company, its direct or indirect parent (including Zillow Group), and their respective employees with a financial or other benefit.

Set forth below is the estimated charge or range of charges for the settlement services listed. You are **NOT** required to use the listed provider(s) as a condition of the purchase or sale of the subject property, for the settlement of any loan, or to obtain access to any other settlement service. **THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.**

**Entity:** Zillow, Inc.

**Settlement Service:** Real Estate Brokerage

**Charge or Range of Charges:**

Real Estate Brokerage: Zillow, Inc., as a licensed real estate broker, may share in compensation or receive referral fees from other licensed real estate brokers pursuant to a brokerage/referral agreement.

**Entity:** Zillow Home Loans, LLC

**Settlement Service:** Mortgage Lending

**Charge or Range of Charges:**

Loan Origination Fees: $499 - $1500

Discount Points (optional): 0% - 4% of Loan Amount. Points vary based on the borrower's selection of interest rate.

Third Party Fees: Third parties may also charge fees (e.g., credit report, appraisal, and/or tax service/flood cert fees). See the Loan Estimate provided within three days of application for a disclosure of third party charges required to obtain a loan, if applicable.

**Entities:** Zillow Closing, LLC or Zillow Closing Southwest, LLC or Zillow Closing West, LLC or Zillow Closing of Alabama, LLC or Zillow Closing of Louisiana, LLC or Zillow Closing & Title, Inc. or Zillow Closing and Escrow Services CA, Inc.

**Settlement Service:** Title and Escrow

**Charge or Range of Charges:** Estimates below are based on a sales price of $100,000 - $1,000,000. Fees may vary based on transaction type and state. For other options, please inquire directly.

Lender's Title Insurance Premium: $595 - $2405

Owner's Title Insurance Premium: $420 - $6000

Title Insurance Endorsements: $0 - $500

Escrow/Settlement Fee: $400 - $800

**Entity:** Zillow Insurance Services, LLC

**Settlement Service:** Homeowner's Insurance

**Charge or Range of Charges:**

Zillow Insurance Services, LLC, as a licensed insurance producer, may be compensated by the insurance carrier in connection with the sale of a homeowners' insurance policy. Annual premium rates for homeowners' insurance vary substantially depending on many factors, including the type and amount of coverage, property value, home or community features, building materials used, type, age, location, and size of home, claims history, and other factors as allowed by state law and insurance regulations. The availability of insurance options and compensation arrangements may vary by state.

## ACKNOWLEDGMENT

By clicking to accept or exit this disclosure, I/we acknowledge that I/we have read this disclosure form and understand that the Zillow Companies may refer me/us to purchase the above-described settlement service(s) from one another and that any such referrals may provide the referred company, its direct or indirect parent (including Zillow Group), and their respective employees with a financial or other benefit.

AI     Mobile Apps

Trulia     StreetEasy     HotPads     Out East

Do Not Sell or Share My Personal Information→

---

Zillow Group is committed to ensuring digital accessibility for individuals with disabilities. We are continuously working to improve the accessibility of our web experience for everyone, and we welcome feedback and accommodation requests. If you wish to report an issue or seek an accommodation, please let us know.

Affiliated Business Arrangement Disclosure
Zillow, Inc. holds real estate brokerage licenses in multiple states. Zillow (Canada), Inc. holds real estate brokerage licenses in multiple provinces.
All mortgage lending products and information provided by Zillow Home Loans, LLC, NMLS #10287. NMLS Consumer Access
Licensed Mortgage Banker, N.Y.S. Department of Financial Services
2600 Michelson Drive, Suite 1201, Irvine, CA 92612 | Equal Housing Lender | Licensing Information
§ 442-H New York Standard Operating Procedures
§ New York Fair Housing Notice
TREC: Information about brokerage services, Consumer protection notice
California DRE #1522444

Contact Zillow, Inc. Brokerage

For listings in Canada, the trademarks REALTOR®, REALTORS®, and the REALTOR® logo are controlled by The Canadian Real Estate Association (CREA) and identify real estate professionals who are members of CREA. The trademarks MLS®, Multiple Listing Service® and the associated logos are owned by CREA and identify the quality of services provided by real estate professionals who are members of CREA. Used under license.

  

   Follow us: © 2006-2026 Zillow 

