THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, ARABA ARMSTRONG, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, GK PROPERTIES, a Nevada Corporation, REAL BROKER, LLC, a Florida Corporation, and FRANO TEAM, a Florida Organization,<br><br>Defendants. | Consolidated Case No. 2:25-cv-01818-JLR<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY AND INITIAL DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 6, 2026 |

DECL. OF A. REDDY ISO DEFTS.'
MOT. TO STAY DISCOVERY AND
INITIAL CASE DEADLINES
CASE NO. 2:25-CV-01818-JLR

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

I, Aarti Reddy, hereby declare as follows:

I am an attorney with the law firm Cooley LLP and am counsel for Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Zillow Home Loans, LLC (collectively, the "Zillow Defendants") in the above-captioned action. I submit this declaration in support of the Motion to Stay Discovery and Initial Deadlines filed concurrently herewith by the Zillow Defendants and defendants GK Properties, Real Broker, LLC, and Frano Team (collectively, the "Real Estate Defendants" and, with the Zillow Defendants, "Defendants"). I am duly licensed to practice law in the state of California and have been admitted to practice *pro hac vice* before this Court. The matters set forth herein are of my own personal knowledge, and if called as a witness to testify, I could and would testify to these matters.

1. On January 28, 2026, as the Zillow Defendants were in the process of preparing their motion to dismiss Plaintiffs' complaint, I spoke to counsel for the Real Estate Defendants about requesting a stay of discovery, including the deadlines to hold a Rule 26(f) Conference, to exchange Initial Disclosures, and to file a Joint Status Report and Discovery Plan (collectively, the "Initial Deadlines"). We agreed that the interests of equity and economy supported a stay of discovery and the Initial Deadlines until the resolution of Defendants' motion to dismiss.

2. On February 16, 2026, I emailed counsel for Plaintiffs, copying counsel for the Real Estate Defendants, requesting an opportunity to meet and confer regarding Defendants' contemplated request for a stay of discovery pending the resolution of their motions to dismiss.

3. On February 18, 2026, I, along with counsel for the Real Estate Defendants, engaged in a good faith telephonic conference with counsel for Plaintiffs to seek resolution on Defendants' request to stay discovery, including the Initial Deadlines, until the resolution of the motions to dismiss. Plaintiffs did not agree to stipulate to the requested stay, and the conference did not result in a resolution of the issue.

DECL. OF A. REDDY ISO DEFTS.'
MOT. TO STAY DISCOVERY AND
INITIAL CASE DEADLINES
CASE NO. 2:25-CV-01818-JLR

1

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1  I declare under penalty of perjury under the laws of the State of Washington and the United
2  States of America that the foregoing is true and correct.
3  Executed on February 20, 2026 at San Francisco, California.

                                        */s/ Aarti Reddy*
                                        Aarti Reddy

DECL. OF A. REDDY ISO DEFTS.'
MOT. TO STAY DISCOVERY AND
INITIAL CASE DEADLINES
CASE NO. 2:25-CV-01818-JLR

2

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700