THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, ARABA ARMSTRONG, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, GK PROPERTIES, a Nevada Corporation, REAL BROKER, LLC, a Florida Corporation, and FRANO TEAM, a Florida Organization,<br><br>Defendants. | Consolidated Case No. 2:25-cv-01818-JLR<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY AND INITIAL DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 6, 2026 |

**DECL. OF A. REDDY ISO REPLY**
**CASE NO. 2:25-CV-01818-JLR**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

I, Aarti Reddy, hereby declare as follows:

I am an attorney with the law firm Cooley LLP and am counsel for Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Zillow Home Loans, LLC (collectively, the "Zillow Defendants[1]") in the above-captioned action. I submit this declaration in support of the Defendants' Reply in Support of their Motion to Stay Discovery and Initial Deadlines. I am duly licensed to practice law in the state of California and have been admitted to practice *pro hac vice* before this Court. The matters set forth herein are of my own personal knowledge, and if called as a witness to testify, I could and would testify to these matters.

1. On February 25, 2026, counsel for the parties held a conference to discuss the topics required under Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26. During this conference, Defendants each confirmed they are complying with their evidence preservation obligations under applicable law.

2. That same day, Plaintiffs served their first set of Requests for Production on the Zillow Defendants. Attached hereto as **Exhibit 1** is a true and correct copy of those Requests for Production.

3. In the event the Court grants a temporary discovery stay, as requested by Defendants through the instant Motion, the Zillow Defendants will continue to negotiate pre-discovery matters, including an ESI Protocol and Protective Order during the pendency of the stay to ensure there is no delay once the stay is lifted.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Executed on March 6, 2026 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　*/s/ Aarti Reddy*
　　　　　　　　　　　　　　　　　　　Aarti Reddy

---

[1] The Zillow Defendants are referred to collectively with defendants GK Properties, Real Broker, LLC, and Frano Team as "Defendants."

DECL. OF A. REDDY ISO REPLY
CASE NO. 2:25-CV-01818-JLR                    1

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700