THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, ARABA ARMSTRONG, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, WORKS INDUSTRIES, LLC, an Oregon Corporation, GK PROPERTIES, a Nevada Corporation, REAL BROKER, LLC, a Florida Corporation, and FRANO TEAM, a Florida Organization,<br><br>　　　　　　Defendants. | Consolidated Case No. 2:25-cv-01818-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER RE MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 9, 2026 |

STIPULATED MOTION AND
[PROPOSED] ORDER RE MTD
BRIEFING SCHEDULE
CASE NO. 2:25-CV-01818-JLR

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Pursuant to Local Civil Rule 10(g), Plaintiffs Alucard Taylor, Araba Armstrong, Han Zheng, David Liao, Karen King, Lisa Knudson, Eydalia Thurston, Kyle Silva, Dale Koger, John Cady, and Rebecca Brucaliere (collectively, "Plaintiffs") and Defendants Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc, Zillow, Inc., Zillow Home Loans, LLC (collectively, the "Zillow Defendants"), GK Properties, Real Broker, LLC, and Frano Team (collectively with the Zillow Defendants, "Defendants") hereby stipulate as follows:

WHEREAS, on December 10, 2025, the Court issued an order granting the Parties' stipulated motion regarding certain case deadlines and providing in part the following briefing schedule:

| Event | Due Date |
|---|---|
| Plaintiffs to file opposition to responsive pleading [to complaint]. | Four weeks after Defendants file responsive pleading |
| Defendants to file reply in support of responsive pleading. | Two weeks after Plaintiffs file opposition to responsive pleading |

(Dkt. No. 27);

WHEREAS, on December 19, 2025, the Court issued an order granting the Parties' stipulated motion regarding certain case deadlines and confirmed that the briefing schedule above remained in force (Dkt. No. 41);

WHEREAS, on December 29, 2025, Plaintiffs filed a Consolidated Amended Class Action Complaint ("CCAC") (Dkt. No. 45);

WHEREAS, on January 22, 2026, this Court entered an Order extending certain deadlines that set a deadline of February 20, 2026, for GK Properties, Real Broker, LLC, and Frano Team to file a responsive pleading (Dkt. No. 55);

WHEREAS, on January 23, 2026, this Court entered an Order extending the deadline for the Zillow Defendants to file a responsive pleading to February 20, 2026 (Dkt. No. 59);

WHEREAS, on February 20, 2026, Defendants filed their respective motions to dismiss (Dkt. Nos. 64, 67);

STIPULATED MOTION AND
[PROPOSED] ORDER RE MTD
BRIEFING SCHEDULE
CASE NO. 2:25-CV-01818-JLR

1

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

WHEREAS, pursuant to the briefing schedule excerpted above, Plaintiffs' deadline to oppose the motions to dismiss is March 20, 2026, and Defendants' deadline to file replies in support of the motions to dismiss is April 3, 2026;

WHEREAS, accordingly, Defendants' motions to dismiss are presently noted on the Court's motion calendar for April 3, 2026;

WHEREAS, counsel for Plaintiffs and Defendants have conferred and agree, in light of the complexity of the CCAC and the Defendants' motions to dismiss and request for judicial notice, that the parties' time to file their respective opposition and reply briefs should each be extended by one week, with Plaintiffs' opposition due March 27, 2026, and Defendants' replies due April 17, 2026;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the Parties' opposition and reply deadlines in connection with Defendants' pending motions to dismiss are extended as follows, and that Defendants' motions to dismiss and the Zillow Defendants' corresponding request for judicial notice (*i.e.*, Dkt. Nos. 64, 65, 67) shall be noted on the Court's motion calendar for April 17, 2026:

| Event | Old Deadline | New Due Date |
|---|---|---|
| Plaintiffs to file opposition to Defendants' motions to dismiss | March 20, 2026 | March 27, 2026 |
| Defendants to file replies in support of motions to dismiss | April 3, 2026 | April 17, 2026 |

Dated: March 9, 2026

/s/ Benjamin B. Sweeney
Benjamin Brink Sweeney (WSBA No. 63957)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Fax: (206) 452-8800
Email: bsweeney@cooley.com

STIPULATED MOTION AND [PROPOSED] ORDER RE MTD BRIEFING SCHEDULE
CASE NO. 2:25-CV-01818-JLR

2

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| | |
|---|---|
| 1 | Benedict Y. Hur *(pro hac vice)* |
| 2 | Aarti Reddy *(pro hac vice)* <br> Thilini Chandrasekera *(pro hac vice)* |
| 3 | COOLEY LLP <br> 3 Embarcadero Center, 20th Floor |
| 4 | San Francisco, CA 94111 <br> Telephone: (415) 693-2000 |
| 5 | Fax: (415) 693-2222 <br> Email: areddy@cooley.com |
| 6 | bhur@cooley.com <br> tchandrasekera@cooley.com |

Michelle Rogers *(pro hac vice)*
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Fax: (202) 842-7899
Email: mrogers@cooley.com

Sara Victoria M. Pitt *(pro hac vice)*
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Telephone: (213) 561-3250
Fax: (213) 561-3244
Email: sporter@cooley.com

Attorneys for Defendants
ZILLOW INC., ZILLOW GROUP INC.,
ZILLOW HOMES INC., ZILLOW LISTING
SERVICES INC., and ZILLOW HOME
LOANS LLC

Dated: March 9, 2026

*/s/ Diana S. Breaux*
Diana Siri Breaux (WSBA No. 46112)
SUMMIT LAW GROUP
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Telephone: (206) 676-7000
Facsimile: (206) 676-7001
Email: dianab@summitlaw.com

Attorneys for Defendants
REAL BROKER LLC, GK PROPERTIES, and
FRANO TEAM

---

**STIPULATED MOTION AND
[PROPOSED] ORDER RE MTD
BRIEFING SCHEDULE**
**CASE NO. 2:25-CV-01818-JLR**

3

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| | | |
|---|---|---|
| 1 | Dated: March 9, 2026 | */s/ Steve W. Berman* |
| 2 | | Steve W. Berman (WSBA No. 12536) |
| | | Jerrod C. Patterson (WSBA No. 43325) |
| 3 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | | 1301 Second Avenue, Suite 2000 |
| 4 | | Seattle, WA 98101 |
| | | Telephone: (206) 623-7292 |
| 5 | | Facsimile: (206) 623-0594 |
| | | Email:  steve@hbsslaw.com |
| 6 | | jerrodp@hbsslaw.com |

Adam J. Levitt (*pro hac vice*)
Amy E. Keller (*pro hac vice*)
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Facsimile: (312) 253-1443
Email:  alevitt@dicellolevitt.com
 akeller@dicellolevitt.com

Corban Rhodes (*pro hac vice*)
Emma Bruder (*pro hac vice*)
DICELLO LEVITT LLP
485 Lexington Avenue, Tenth Floor
New York, NY 10017
Telephone: (646) 933-1000
Facsimile: (646) 494-9648
Email:  crhodes@dicellolevitt.com
 ebruder@dicellolevitt.com

Douglas J. McNamara, (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
110 New York Avenue NW, 8th Floor
Washington, DC 20005
Telephone: (206) 408-4600
Email: dmcnamara@cohenmilstein.com

Theodore J. Leopold (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
Email: tleopold@cohenmilstein.com

Attorneys for Plaintiffs

STIPULATED MOTION AND [PROPOSED] ORDER RE MTD BRIEFING SCHEDULE
CASE NO. 2:25-CV-01818-JLR

4

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

# [PROPOSED] ORDER

**IT IS SO ORDERED.**

The Clerk is DIRECTED to re-note the motions to dismiss (Dkt. # 64, 67) to April 17, 2026.

DATED this  10th  day of   March   , 2026.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
[PROPOSED] ORDER RE MTD
BRIEFING SCHEDULE
CASE NO. 2:25-CV-01818-JLR

5

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700