THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

ALUCARD TAYLOR, ARABA ARMSTRONG, HAN ZHENG, DAVID LIAO, KAREN KING, LISA KNUDSON, EYDALIA THURSTON, KYLE SILVA, DALE KOGER, JOHN CADY, and REBECCA BRUCALIERE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, ZILLOW HOME LOANS, LLC, a California Corporation, WORKS INDUSTRIES, LLC, an Oregon Corporation, GK PROPERTIES, a Nevada Corporation, REAL BROKER, LLC, a Florida Corporation, and FRANO TEAM, a Florida Organization,

Defendants.

Consolidated Case No. 2:25-cv-01818-JLR

[PROPOSED] ORDER GRANTING ZILLOW DEFENDANTS' MOTION TO WITHDRAW INCORRECTLY FILED DOCUMENT

[RELATED TO DOCKET NO. 74]

NOTE ON MOTION CALENDAR: MARCH 11, 2026

[PROPOSED] ORDER GRANTING
ZILLOW DEFTS.' MOT. TO
WITHDRAW DOCUMENT
CASE NO. 2:25-CV-01818-JLR

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

[PROPOSED] ORDER

Before the Court is the Zillow Defendants' Unopposed Motion to Remove Incorrectly Filed Document (the "Motion"), Dkt. No. 75.  Good cause appearing, the Court GRANTS the Motion. The Clerk is hereby directed to STRIKE and SEAL Docket No. 74 from the docket of this action.

IT IS SO ORDERED.

DATED this 12th day of March 2026.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Benjamin B. Sweeney*
Benjamin Brink Sweeney (WSBA No. 63957)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Fax: (206) 452-8800
Email: bsweeney@cooley.com

Aarti Reddy *(pro hac vice)*
Benedict Y. Hur *(pro hac vice)*
Thilini Chandrasekera *(pro hac vice)*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Fax: (415) 693-2222
Email: areddy@cooley.com
        bhur@cooley.com
        tchandrasekera@cooley.com

[PROPOSED] ORDER GRANTING
ZILLOW DEFTS.' MOT. TO
WITHDRAW DOCUMENT
CASE NO. 2:25-CV-01818-JLR

1

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Michelle Rogers *(pro hac vice)*
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Fax: (202) 842-7899
Email: mrogers@cooley.com

Sara Victoria M. Pitt *(pro hac vice)*
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Telephone: (213) 561-3250
Fax: (213) 561-3244
Email: sporter@cooley.com

Attorneys for Defendants

Zillow, Inc.; Zillow Group, Inc.; Zillow Homes, Inc.; Zillow Listing Services, Inc.; and Zillow Home Loans, LLC

[PROPOSED] ORDER GRANTING
ZILLOW DEFTS.' MOT. TO
WITHDRAW DOCUMENT
CASE NO. 2:25-CV-01818-JLR

2

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700