UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, et al., | CASE NO. C25-1818JLR |
| Plaintiffs, | ORDER |
| v. | |
| ZILLOW INC., et al. , | |
| Defendants. | |

Before the court is Plaintiffs' consolidated second amended class action complaint.  (2d Am. CCAC (Dkt. # 87).)  For the reasons set forth below, the court ORDERS Plaintiffs to show cause why the court should not strike the second amended complaint.

On December 10, 2025, the court granted the parties' joint motion to consolidate related actions under Local Civil Rule 42(a) and ordered Plaintiffs to file a consolidated class action complaint ("CCAC").  (12/10/25 Order (Dkt. # 27).)  On December 29, 2025, Plaintiffs filed the CCAC.  (CCAC (Dkt. # 45).)  On January 23, 2026, the court granted

ORDER - 1

the Zillow Defendants' request for relief from the CCAC response deadline and Rule 26(f) deadline.  (1/23/26 Order (Dkt. # 59).)  The Zillow Defendants and the Real Estate Defendants subsequently filed motions to dismiss.  (Zillow MTD (Dkt. # 64); Real Estate MTD (Dkt. # 67).)  On March 16, 2026, Defendants Real Broker, LLC, and Frano Team moved to compel Plaintiffs' claims against them to arbitration.  (MTC (Dkt. # 78).)  Plaintiffs responded to all three motions.  (*See* Resps. (Dkt. ## 80, 81, 85).)  The replies in support of the motions to dismiss are due on April 17, 2026, and the motion to compel arbitration is fully briefed.  (*See* 3/10/26 Order (setting briefing schedule on the motions to dismiss); MTC Reply (Dkt. # 86).)  On April 15, 2026, Plaintiffs filed a consolidated second amended class action complaint.  (2d. Am. CCAC.)

Federal Rule of Civil Procedure 15(a) provides that, at this stage of the proceedings, Plaintiffs may only amend their complaint with Defendants' written consent or with the court's leave.  Fed. R. Civ. P. 15(a).  Local Civil Rule 15 sets forth this District's procedures for moving for leave to amend and for amending with consent.  *See* Local Rules W.D. Wash. LCR 15(a), (b).  In either case, the plaintiff must attach to the motion for leave or notice of consent "a redlined version of the amended pleading showing how it differs from the pleading that it amends."  *Id.*  Here, however, Plaintiffs filed neither a motion for leave to amend nor a notice of consent before filing the consolidated second amended class action complaint.  (*See generally* Dkt.)  Plaintiffs also failed to file a redlined version of the amended complaint.  (*Id.*)

Accordingly, the court ORDERS Plaintiffs to show cause by **Friday, April 24, 2026**, why the court should not strike the consolidated second amended class action

ORDER - 2

complaint (Dkt. # 87) for failure to comply with Federal Rule of Civil Procedure 15 and Local Civil Rule 15.

Dated this 17th day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 3