The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALUCARD TAYLOR, *et al.*, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ZILLOW, INC., *et al.*,

Defendants.

No. 2:25-cv-01818-JLR

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS REAL BROKER, LLC AND FRANO TEAM**

Plaintiffs Alucard Taylor, Araba Armstrong, Han Zheng, David Liao, Karen King, Lisa Knudson, Eydalia Thurston, Kyle Silva, Dale Koger, John Cady, Rebecca Brucaliere, and Furgus Wilson ("Plaintiffs"), by and through their undersigned counsel, hereby give notice of their voluntary dismissal of all claims against Defendants Real Broker, LLC and Frano Team, without prejudice. Defendants Real Broker, LLC and Frano Team have not served an answer or motion for summary judgment in this action. Accordingly, dismissal without prejudice is appropriate. *See* Fed. R. Civ. P. 41(a)(1)(A) and (a)(1)(B). This dismissal pertains to the aforementioned defendants only, and all other claims against all other defendants remain active.

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

DATED: June 24, 2026

Respectfully submitted,

By: */s/ Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: */s/ Jerrod C. Patterson*
    Jerrod C. Patterson (WSBA No. 43325)
Amna Amin (*admitted pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: jerrodp@hbsslaw.com
Email: amna.amin@hbsslaw.com

Adam J. Levitt (*admitted pro hac vice*)
Amy E. Keller (*admitted pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Email: alevitt@dicellolevitt.com
Email: akeller@dicellolevitt.com

Corban S. Rhodes (*admitted pro hac vice*)
Emma Bruder (*admitted pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Tenth Floor
New York, New York 10017
Telephone: (646) 933-1000
Facsimile:  (646) 494-9648
Email: crhodes@dicellolevitt.com
Email: ebruder@dicellolevitt.com

*Plaintiffs' Interim Class Counsel*

Douglas J. McNamara (*admitted pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Email: dmcnamara@cohenmilstein.com



Theodore J. Leopold (*admitted pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, Florida 33408
Telephone: (561) 515-1400
Email: tleopold@cohenmilstein.com

Rebecca L. Solomon (WSBA #51520)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile:  (206) 682-2992
Email: jdennett@tousley.com
Email: rsolomon@tousley.com

*Attorneys for Plaintiffs and the Proposed Classes*

PLAINTIFFS' NOTICE OF VOL. DISMISSAL WITHOUT PREJ. AS TO DEFS.
REAL BROKER, LLC AND FRANO TEAM (Case No. 2:25-cv-01818-JLR) – 3
011313-11/3572617 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX