The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., *et al.*,<br><br>Defendants. | No. 2:25-cv-01818-JLR<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO LIFT STAY OF ACTION** |

This matter comes before the Court on Plaintiffs' Unopposed Motion to Lift Stay of Action. Dkt. # 100. Having reviewed the pleadings and record in this matter, and good cause appearing, the Court orders that Plaintiffs' Unopposed Motion to Lift Stay of Action is hereby GRANTED.

DATED:   June 29, 2026

_____
Hon. James L. Robart
United States District Judge