The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALUCARD TAYLOR, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., *et al.*,<br><br>Defendants. | No. 2:25-cv-01818-JLR<br><br>**NOTICE OF WITHDRAWAL**<br><br>***Clerk's Action Required*** |

PLEASE TAKE NOTICE that, under LCR 83.2(b)(3), Amna Amin of Hagens Berman Sobol Shapiro LLP withdraws as attorney for Plaintiffs Araba Armstrong, David Liao, Furgus Wilson, Brandon Daugherty, and Rebecca Robbins ("Plaintiffs") in the above-entitled action. Plaintiffs remain represented by Steve W. Berman and Jerrod C. Patterson of Hagens Berman Sobol Shapiro LLP; Adam J. Levitt, Amy E. Keller, Corban S. Rhodes, and Emma Bruder of DiCello Levitt LLP; Douglas J. McNamara and Theodore J. Leopold of Cohen Milstein Sellers & Toll PLLC; and Rebecca L. Solomon of Tousley Brain Stephens PLLC.

DATED: August 19, 2026

Respectfully submitted,

By: */s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By: */s/ Jerrod C. Patterson*
Jerrod C. Patterson (WSBA No. 43325)

**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: jerrodp@hbsslaw.com

Adam J. Levitt (*admitted pro hac vice*)
Amy E. Keller (*admitted pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Email: alevitt@dicellolevitt.com
Email: akeller@dicellolevitt.com

Corban S. Rhodes (*admitted pro hac vice*)
Emma Bruder (*admitted pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Tenth Floor
New York, New York 10017
Telephone: (646) 933-1000
Email: crhodes@dicellolevitt.com
Email: ebruder@dicellolevitt.com

***Plaintiffs' Interim Class Counsel***

Douglas J. McNamara, *admitted pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Email: dmcnamara@cohenmilstein.com

Theodore J. Leopold, *admitted pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
Email: tleopold@cohenmilstein.com

Rebecca L. Solomon (WSBA No. 51520)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Email: rsolomon@tousley.com

***Attorneys for Plaintiffs and the Proposed Classes***

DATED: August 19, 2026

Respectfully submitted,

By: /s/ Amna Amin

Amna Amin (*admitted pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Email: amna.amin@hbsslaw.com

***Withdrawing Attorney for Plaintiffs***