THE HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

ARABA ARMSTRONG, DAVID LIAO, FURGUS WILSON, BRANDON DAUGHERTY, and REBECCA ROBBINS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ZILLOW, INC., ZILLOW GROUP, INC., ZILLOW HOMES, INC., and ZILLOW LISTING SERVICES, INC., Washington Corporations, and ZILLOW HOME LOANS, LLC, a California Corporation,

Defendants.

Consolidated Case No. 2:25-cv-01818-JLR

**STIPULATED MOTION AND [~~PROPOSED~~] ORDER RE RESPONSIVE PLEADING BRIEFING SCHEDULE**

NOTE ON MOTION CALENDAR: AUGUST 20, 2026



COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Pursuant to Local Civil Rule 10(g), Plaintiffs Araba Armstrong, David Liao, Furgus Wilson, Brandon Daugherty, and Rebecca Robbins (collectively, "Plaintiffs") and Defendants Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc, Zillow, Inc., Zillow Home Loans, LLC (collectively, "Defendants" and the "Zillow Defendants") hereby stipulate as follows:

WHEREAS, on December 29, 2025, Plaintiffs filed a Consolidated Amended Class Action Complaint (Dkt. No. 45);

WHEREAS, on January 22, 2026, this Court entered an Order extending certain deadlines that set a deadline of February 20, 2026, for GK Properties, Real Broker, LLC, and Frano Team (collectively, the "Broker Defendants") to file a responsive pleading (Dkt. No. 55);

WHEREAS, on January 23, 2026, this Court entered an Order extending the deadline for the Zillow Defendants to file a responsive pleading to February 20, 2026 (Dkt. No. 59);

WHEREAS, on February 20, 2026, Defendants and the Broker Defendants filed their respective motions to dismiss (Dkt. Nos. 64, 67);

WHEREAS, on April 23, 2026, Plaintiffs filed a Motion for Leave to Amend Consolidated Class Action Complaint (Dkt. No. 93);

WHEREAS, on July 27, 2026, the Court entered an Order granting the Zillow Defendants' and Broker Defendants' Motions to Dismiss and granting in part and denying in part Plaintiffs' Motion for Leave to Amend (Dkt. No. 102);

WHEREAS, on August 17, 2026, Plaintiffs filed the Consolidated Third Amended Class Action Complaint ("TACC"), naming only the Zillow Defendants as defendants (Dkt. No. 103);

WHEREAS, Defendants' responsive pleading is presently due to be filed on August 31, 2026 (*see* Fed. R. Civ. P. 15(a)(3));

WHEREAS, counsel for Plaintiffs and Defendants have conferred and agree, in light of the breadth of the allegations in the TACC and prior commitments of counsel, that the Defendant's time to file their responsive pleading should be extended by three weeks, and the parties' time to

file their respective opposition and reply briefs should each be extended, with Plaintiffs' opposition due October 13, 2026, and Defendants' reply due October 30, 2026;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the Parties' opposition and reply deadlines in connection with Defendants' forthcoming motion to dismiss are extended as follows, and that Defendants' motion to dismiss and any corresponding requests and motions shall be noted on the Court's motion calendar for October 30, 2026:

| **Event** | **Current Due Date** | **New Due Date** |
|---|---|---|
| Defendants to file responsive pleading | August 31, 2026 | September 21, 2026 |
| Plaintiffs to file opposition to responsive pleading | September 21, 2026 | October 13, 2026 |
| Defendants to file reply in support of responsive pleading | September 28, 2026 | October 30, 2026 |

Dated: August 20, 2026

*/s/ Benjamin B. Sweeney*

Benjamin Brink Sweeney (WSBA No. 63957)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Fax: (206) 452-8800
Email: bsweeney@cooley.com

Benedict Y. Hur *(pro hac vice)*
Aarti Reddy *(pro hac vice)*
Thilini Chandrasekera *(pro hac vice)*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Fax: (415) 693-2222
Email: areddy@cooley.com
bhur@cooley.com
tchandrasekera@cooley.com

Michelle Rogers *(pro hac vice)*
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400

Telephone: (202) 842-7800
Fax: (202) 842-7899
Email: mrogers@cooley.com

Sara Victoria M. Pitt *(pro hac vice)*
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Telephone: (213) 561-3250
Fax: (213) 561-3244
Email: sporter@cooley.com

Attorneys for Defendants
ZILLOW INC., ZILLOW GROUP INC., ZILLOW HOMES INC., ZILLOW LISTING SERVICES INC., and ZILLOW HOME LOANS LLC

Dated: August 20, 2026

*/s/ Steve W. Berman*

Steve W. Berman (WSBA No. 12536)
Jerrod C. Patterson (WSBA No. 43325)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
jerrodp@hbsslaw.com

Adam J. Levitt (*pro hac vice*)
Amy E. Keller (*pro hac vice*)
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Facsimile: (312) 253-1443
Email: alevitt@dicellolevitt.com
akeller@dicellolevitt.com

Corban Rhodes (*pro hac vice*)
Emma Bruder (*pro hac vice*)
DICELLO LEVITT LLP
485 Lexington Avenue, Tenth Floor
New York, NY 10017
Telephone: (646) 933-1000
Facsimile: (646) 494-9648
Email: crhodes@dicellolevitt.com
ebruder@dicellolevitt.com

Douglas J. McNamara, (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
110 New York Avenue NW, 8th Floor
Washington, DC 20005
Telephone: (206) 408-4600
Email: dmcnamara@cohenmilstein.com

Theodore J. Leopold (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
Email: tleopold@cohenmilstein.com

Attorneys for Plaintiffs

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED.**

DATED this 21st day of August, 2026.

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE