UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALUCARD TAYLOR, et al.,

Plaintiffs,

v.

ZILLOW INC., et al.,

Defendants.

CASE NO. C25-1818JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On March 23, 2026, the court granted Defendants'[1] motion to stay discovery, and ordered that: (1) the stay will automatically lift upon the entry of an order denying Defendants' motions to dismiss in whole or in part, and (2) Defendants' deadline to respond to any discovery served prior to the entry of the order on the motions to dismiss

[1] The remaining Defendants are Zillow Inc., Zillow Group, Inc., Zillow Homes, Inc., and Zillow Home Loans, LLC, and GK Properties (collectively, "Defendants").

is stayed for an additional 30 days. (3/23/26 Order (Dkt. # 79); *see also* Zillow MTD (Dkt. # 64); GK MTD (Dkt. # 67).)

On July 27, 2026, the court granted the motions to dismiss in full and granted in part and denied in part leave to amend. (7/27/26 Order (Dkt. # 102).) On August 25, 2026, the court entered a Scheduling Order setting deadlines for class certification discovery. (Sch. Order (Dkt. # 102).) The court issued this scheduling order in error, as it conflicts with the March 23, 2026 Order. Because the March 23, 2026 discovery stay remains in effect, the court VACATES the August 25, 2026 Scheduling Order pending the court's issuance of an order denying Defendants' motions to dismiss in whole or in part.

Filed and entered this 24th day of September, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk