The Honorable James L. Robart

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ARABA ARMSTRONG, *et al.*, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., *et al.*,<br><br>Defendants. | Case No. 2:25-cv-01818-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER AMENDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:** October 7, 2026 |



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Pursuant to Local Civil Rule 10(g), Plaintiffs Araba Armstrong, David Liao, Furgus Wilson, Brandon Daugherty, and Rebecca Robbins (collectively, "Plaintiffs") and Defendants Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc, Zillow, Inc., Zillow Home Loans, LLC (collectively, "Defendants" and the "Zillow Defendants") hereby stipulate as follows:

WHEREAS, on August 21, 2026, the Court entered the Stipulated Motion and Order Re Responsive Briefing Schedule (Dkt. No. 106);

WHEREAS, Defendants' Motion to Dismiss Plaintiffs' Consolidated Third Amended Class Action Complaint was filed on September 21, 2026 (Dkt. No. 108);

WHEREAS, Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Consolidated Third Amended Class Action Complaint is currently due on October 13, 2026, pursuant to Dkt. No. 106;

WHEREAS, one of the lead counsel for Plaintiffs in charge of preparing Plaintiffs' response to the Motion to Dismiss has experienced a death in his immediate family within the last week and is currently on bereavement leave;

WHEREAS, counsel for Plaintiffs and Defendants have conferred and agree that the time for Plaintiffs to file their response to the Motion to Dismiss shall be extended to October 27, 2026, and Defendants' time to file their reply brief in support of the Motion to Dismiss shall be extended to November 20, 2026;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the Parties' opposition and reply deadlines in connection with Defendants' Motion to Dismiss are extended as follows, and that Defendants' motion to dismiss and any corresponding requests and motions shall be noted on the Court's motion calendar for November 20, 2026:

| **Event** | **Current Due Date** | **New Due Date** |
|---|---|---|
| Plaintiffs to file opposition to Motion to Dismiss | October 13, 2026 | October 27, 2026 |
| Defendants to file reply in support of Motion to Dismiss | October 30, 2026 | November 20, 2026 |



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

DATED: October 7, 2026

Respectfully submitted,

By: */s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By: */s/ Jerrod C. Patterson*
Jerrod C. Patterson (WSBA No. 43325)
By: */s/ Garth D. Wojtanowicz*
Garth D. Wojtanowicz (WSBA No. 30822)

**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
jerrodp@hbsslaw.com
garthw@hbsslaw.com

Adam J. Levitt (*pro hac vice*)
Amy E. Keller (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com

Corban Rhodes (*pro hac vice*)
Emma Bruder (*pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Tenth Floor
New York, NY 10017
Telephone: (646) 933-1000
crhodes@dicellolevitt.com
ebruder@dicellolevitt.com

Douglas J. McNamara, (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
110 New York Avenue NW, 8th Floor
Washington, DC 20005
Telephone: (206) 408-4600
dmcnamara@cohenmilstein.com

Theodore J. Leopold (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
tleopold@cohenmilstein.com

*Attorneys for Plaintiffs*

DATED: October 7, 2026

Respectfully submitted,

By: /s/ Benjamin B. Sweeney

Benjamin Brink Sweeney (WSBA No. 63957)
**COOLEY LLP**
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
bsweeney@cooley.com

Benedict Y. Hur (*pro hac vice*)
Aarti Reddy (*pro hac vice*)
Thilini Chandrasekera (*pro hac vice*)
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
areddy@cooley.com
bhur@cooley.com
tchandrasekera@cooley.com

Michelle Rogers (*pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
mrogers@cooley.com

Sara Victoria M. Pitt (*pro hac vice*)
**COOLEY LLP**
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Telephone: (213) 561-3250
sporter@cooley.com

*Attorneys for Defendants*

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated this _____ day of October, 2026

________________________________________

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX